UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

UNITED STATES OF AMERICA,

          - v. -                            NOTICE OF APPEARANCE

ROBERT COPLAN,                        07 Cr. 453 (SHS)
MARTIN NISSENBAUM,
RICHARD SHAPIRO, and
BRIAN VAUGHN,

          Defendants.
---------------------------------------- x

        PLEASE TAKE NOTICE that Paul B. Bergman, P.C., by Paul B. Bergman, Esq., hereby appears as local counsel for the defendant herein, Brian Vaughn, in connection with the above-captioned matter.

Dated:    June 14, 2007
          New York, New York

                                            PAUL B. BERGMAN, P.C.

                                    By: _____
                                        Paul B. Bergman, Esq. (0502)
                                        950 Third Avenue
                                        New York, New York 10022
                                        Tel. No.: (212) 355-7711
                                        Fax No.: (212) 755-5509
                                        Email:    berglaw@mindspring.com

TO:    Clerk of the Court
         United States District Court
         Southern District of New York
         500 Pearl Street
         New York, New York 10007
         (By ECF)

Deborah E. Landis, Esq.
Jaikumar Ramaswamy, Esq.
Assistant U.S. Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
(By ECF)

Charles E. Clayman, Esq.
Brian D. Linder, Esq.
Clayman & Rosenberg
305 Madison Avenue
New York, New York 10165
(By ECF)

John J. Tigue, Jr., Esq.
Morvillo, Abramowitz, Grand
    Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017
(By ECF)

Paula M. Junghans, Esq.
Zuckerman Spaeder, L.L.P.
1800 M Street, N.W. Suite 1000
Washington, DC 20036
(By ECF)

CERTIFICATE OF SERVICE

I, Paul B. Bergman, local counsel for Brian Vaughn, do hereby certify that on June 14, 2007, I caused to be served a copy of the within Notice of Appearance on the following attorneys through the ECF filing system for the Southern District of New York.

>   Deborah E. Landis, Esq.
>   Jaikumar Ramaswamy, Esq.
>   Assistant U.S. Attorneys
>   Southern District of New York
>   One St. Andrew's Plaza
>   New York, New York 10007
>   (By ECF)

>   Charles E. Clayman, Esq.
>   Brian D. Linder, Esq.
>   Clayman & Rosenberg
>   305 Madison Avenue
>   New York, New York 10165
>   (By ECF)

>   John J. Tigue, Jr., Esq.
>   Morvillo, Abramowitz, Grand
>       Iason, Anello & Bohrer, P.C.
>   565 Fifth Avenue
>   New York, New York 10017
>   (By ECF)

>   Paula M. Junghans, Esq.
>   Zuckerman Spaeder, L.L.P.
>   1800 M Street, N.W. Suite 1000
>   Washington, DC 20036
>   (By ECF)

_____
PAUL B. BERGMAN