UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x

UNITED STATES OF AMERICA,

        - v. -

ROBERT COPLAN,
MARTIN NISSENBAUM,
RICHARD SHAPIRO, and
BRIAN VAUGHN,

        Defendants.

MOTION FOR ADMISSION
OF JAMES B. TUCKER
*PRO HAC VICE*

07 Cr. 453 (SHS)

PLEASE TAKE NOTICE that, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Paul B. Bergman, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    James B. Tucker, Esq.
    Butler, Snow, O'Mara, Stevens & Cannada, PLLC
    P.O. Box 22567,
    210 E. Capitol Street, 17th Floor
    AmSouth Plaza Building
    Jackson, MS 39225-2567
    Tel. No.: 601-985-4544
    Fax No.: 601-985-4500
    E-mail:   james.tucker@butlersnow.com

in connection with the representation of Brian Vaughn. James B. Tucker is a member in good standing of the Mississippi Bar. There are no pending disciplinary proceedings against James B. Tucker in any State or Federal court.

Dated: June 14, 2007
      New York, New York

                                               Respectfully submitted,

                                               _____
                                               PAUL B. BERGMAN, Esq. (0502)
                                               950 Third Avenue
                                               New York, New York 10022
                                               Tel. No.: 212-355-7711
                                               Fax No.: 212-755-5509
                                               E-mail: berglaw@mindspring.com


TO:    Clerk of the Court
         United States District Court
         Southern District of New York
         500 Pearl Street
         New York, New York 10007

         Deborah E. Landis, Esq.
         Jaikumar Ramaswamy, Esq.
         Assistant U.S. Attorneys
         Southern District of New York
         One St. Andrew's Plaza
         New York, New York 10007

         Charles E. Clayman, Esq.
         Brian D. Linder, Esq.
         Clayman & Rosenberg
         305 Madison Avenue
         New York, New York 10165

         John J. Tigue, Jr., Esq.
         Morvillo, Abramowitz, Grand
            Iason, Anello & Bohrer, P.C.
         565 Fifth Avenue
         New York, New York 10017

         Paula M. Junghans, Esq.
         Zuckerman Spaeder, L.L.P.
         1800 M Street, N.W. Suite 1000
         Washington, D.C. 20036