## CERTIFICATE OF SERVICE

I, Paul B. Bergman, local counsel for Brian Vaughn, do hereby certify that on June 14, 2007, I caused to be served a copy of the within Motion for Admission of James B. Tucker *Pro Hac Vice* on the following attorneys through the ECF filing system for the Southern District of New York and by Federal Express.

> Deborah E. Landis, Esq.
> Jaikumar Ramaswamy, Esq.
> Assistant U.S. Attorneys
> Southern District of New York
> One St. Andrew's Plaza
> New York, New York 10007
>
> Charles E. Clayman, Esq.
> Brian D. Linder, Esq.
> Clayman & Rosenberg
> 305 Madison Avenue
> New York, New York 10165
>
> John J. Tigue, Jr., Esq.
> Morvillo, Abramowitz, Grand
>   Iason, Anello & Bohrer, P.C.
> 565 Fifth Avenue
> New York, New York 10017
>
> Paula M. Junghans, Esq.
> Zuckerman Spaeder, L.L.P.
> 1800 M Street, N.W. Suite 1000
> Washington, D.C. 20036

_____
PAUL B. BERGMAN