UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,            :
                                     :    MOTION FOR ADMISSION
        - v. -                       :    OF PETER H. BARRETT
                                     :    *PRO HAC VICE*
ROBERT COPLAN,                       :
MARTIN NISSENBAUM,                   :    07 Cr. 453 (SHS)
RICHARD SHAPIRO, and                 :
BRIAN VAUGHN,                        :
                                     :
              Defendants.            :
------------------------------------x

     PLEASE TAKE NOTICE that, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Paul B. Bergman, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

                Peter H. Barrett, Esq.
                Butler, Snow, O'Mara, Stevens & Cannada, PLLC
                P.O. Drawer 4248
                Gulfport, MS 39502
                Tel. No.: 228-575-3047
                Fax No.: 228-868-1531
                E-mail: peter.barrett@butlersnow.com

in connection with the representation of Brian Vaughn. Peter H. Barrett is a member in good standing of the Mississippi Bar. There are no pending disciplinary proceedings against Peter H. Barrett in any State or Federal court.

Dated: June 14, 2007
      New York, New York

Respectfully submitted,

_____
PAUL B. BERGMAN, Esq. (0502)
950 Third Avenue
New York, NY 10022
Tel. No.: 212-355-7711
Fax No.: 212-755-5509
E-mail: berglaw@mindspring.com

TO: Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Deborah E. Landis, Esq.
Jaikumar Ramaswamy, Esq.
Assistant U.S. Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Charles E. Clayman, Esq.
Brian D. Linder, Esq.
Clayman & Rosenberg
305 Madison Avenue
New York, New York 10165

John J. Tigue, Jr., Esq.
Morvillo, Abramowitz, Grand
   Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017

Paula M. Junghans, Esq.
Zuckerman Spaeder, L.L.P.
1800 M Street, N.W. Suite 1000
Washington, D.C. 20036