UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | AFFIDAVIT OF PAUL B. BERGMAN |
| - v. - | : | IN SUPPORT OF MOTION FOR |
| | : | ADMISSION OF PETER H. |
| ROBERT COPLAN, | : | BARRETT *PRO HAC VICE* |
| MARTIN NISSENBAUM, | : | |
| RICHARD SHAPIRO, and | : | 07 Cr. 453 (SHS) |
| BRIAN VAUGHN, | : | |
| | : | |
| Defendants. | : | |

------------------------------------x

STATE OF NEW YORK     :
                     : ss.:
COUNTY OF NEW YORK    :

Paul B. Bergman, being duly sworn, deposes and says as follows:

1. I am local counsel for Brian Vaughn, a defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this affidavit in support of the within motion to admit Peter H. Barrett as counsel *pro hac vice* to represent Brian Vaughn in this matter. Except where the context shows otherwise, this affidavit is made upon information and belief.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in March, 1968. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Peter H. Barrett is a senior attorney at Butler, Snow, O'Mara, Stevens & Cannada, PLLC., in Jackson, Mississippi.

4. Mr. Barrett served as an Assistant United States Attorney in the Southern District of Mississippi for 22 years, trying approximately 100 cases, including such notable cases as *United States v. Vaccaro* in 1994, and the first Federal death penalty case in Mississippi post *Furman v. Georgia*, *United States v. Cooper* in 2002. Mr. Barrett also served for four years as a Special Assistant United States Attorney in the Eastern District of Louisiana, and received the distinction of being awarded the Director's Award for Superior Performance in 1998.

5. I believe that these impressive credentials demonstrate that Mr. Barrett is a person of integrity and a skilled attorney, experienced in Federal Practice and familiar with the Federal Rules of Criminal Procedure and the Federal Rules of Evidence. A certified copy of Mr. Barrett's current Certificate of Good Standing from the Supreme Court of Mississippi is annexed hereto as Exhibit A.

6. Accordingly, I am pleased to move the admission of Peter H. Barrett, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Peter H. Barrett, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Peter h. Barrett, *pro hac vice* to represent Brian Vaughn in the above captioned matter, be granted.

Sworn to before me this
14th day of June, 2007

_____
NOTARY PUBLIC

PHYLLIS A. MALGIERI
Notary Public, State Of New York
No. 43-4802265
Qualified In Richmond County
Commission Expires June 30, 20 _10_

_____
PAUL B. BERGMAN