UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,           :
                                    :
           - v. -                   :   ORDER ADMITTING PETER H.
                                        BARRETT *PRO HAC VICE*
ROBERT COPLAN,                      :
MARTIN NISSENBAUM,                  :   07 Cr. 453 (SHS)
RICHARD SHAPIRO, and                :
BRIAN VAUGHN,                       :
                                    :
           Defendants.              :
------------------------------------x

Upon the motion of Paul B. Bergman, attorney for Defendant, Brian Vaughn, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> Peter H. Barrett, Esq.
>
> Butler, Snow, O'Mara, Stevens & Cannada, PLLC
>
> P.O. Drawer 4248
>
> Gulfport, MS 39502
>
> 228-575-3047
>
> 228-868-1531
>
> E-mail: peter.barrett@butlersnow.com

is admitted to practice *pro hac vice* as counsel for Defendant Brian Vaughn in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the electronic Case filing (ECF) system, counsel shall immediately apply

```
```

for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:  June ___, 2007
       New York, New York

_____
UNITED STATES DISTRICT JUDGE