CERTIFICATE OF SERVICE

    I, Paul B. Bergman, local counsel for Brian Vaughn, do hereby certify that on June 14, 2007, I caused to be served a copy of the within Motion for Admission of Peter H. Barrett *Pro Hac Vice* on the following attorneys through the ECF filing system for the Southern District of New York and by Federal Express.

    Deborah E. Landis, Esq.
    Jaikumar Ramaswamy, Esq.
    Assistant U.S. Attorneys
    Southern District of New York
    One St. Andrew's Plaza
    New York, New York 10007

    Charles E. Clayman, Esq.
    Brian D. Linder, Esq.
    Clayman & Rosenberg
    305 Madison Avenue
    New York, New York 10165

    John J. Tigue, Jr., Esq.
    Morvillo, Abramowitz, Grand
      Iason, Anello & Bohrer, P.C.
    565 Fifth Avenue
    New York, New York 10017

    Paula M. Junghans, Esq.
    Zuckerman Spaeder, L.L.P.
    1800 M Street, N.W. Suite 1000
    Washington, D.C. 20036

    _____
    PAUL B. BERGMAN