## CERTIFICATE OF SERVICE

I, Paul B. Bergman, local counsel for Brian Vaughn, do hereby certify that on June 14, 2007, I caused to be served a copy of the within Motion for Admission of Amanda B. Barbour *Pro Hac Vice* on the following attorneys through the ECF filing system for the Southern District of New York and by Federal Express.

>Deborah E. Landis, Esq.
>Jaikumar Ramaswamy, Esq.
>Assistant U.S. Attorneys
>Southern District of New York
>One St. Andrew's Plaza
>New York, New York 10007
>
>Charles E. Clayman, Esq.
>Brian D. Linder, Esq.
>Clayman & Rosenberg
>305 Madison Avenue
>New York, New York 10165
>
>John J. Tigue, Jr., Esq.
>Morvillo, Abramowitz, Grand
>   Iason, Anello & Bohrer, P.C.
>565 Fifth Avenue
>New York, New York 10017
>
>Paula M. Junghans, Esq.
>Zuckerman Spaeder, L.L.P.
>1800 M Street, N.W. Suite 1000
>Washington, D.C. 20036

_____
PAUL B. BERGMAN