UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,            :

                                     :

        - v. -                       :    ORDER ADMITTING AMANDA
                                          B. BARBOUR *PRO HAC VICE*
                                     :
ROBERT COPLAN,                       :
MARTIN NISSENBAUM,                   :    07 Cr. 453 (SHS)
RICHARD SHAPIRO, and                 :
BRIAN VAUGHN,                        :

                                     :

            Defendants.              :

------------------------------------x

Upon the motion of Paul B. Bergman, attorney for Defendant, Brian Vaughn,

and said sponsor attorney's affidavit in support;

        IT IS HEREBY ORDERED that

                Amanda B. Barbour, Esq.

                Butler, Snow, O'Mara, Stevens & Cannada, PLLC

                P.O. Box 22567

                210 E. Capitol Street, 17th Floor

                AmSouth Plaza Building

                Jackson, MS 39225-2567

                Tel No.: 601-985-4585

                Fax No.: 601-985-4500

                E-mail: amanda.barbour@butlersnow.com

is admitted to practice *pro hac vice* as counsel for Defendant Brian Vaughn in the

above captioned case in the United States District Court for the Southern District of

New York. All attorneys appearing before this Court are subject to the Local Rules

of this Court, including the Rules governing discipline of attorneys.  If this action is

assigned to the electronic Case filing (ECF) system, counsel shall immediately apply

for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee

to the Clerk of Court.

Dated:    June 18, 2007
          New York, New York

_____
UNITED STATES DISTRICT JUDGE