UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- x

UNITED STATES OF AMERICA,                :

                                     :    MOTION FOR ADMISSION
- v. -                                   :    OF PETER H. BARRETT
                                     :    *PRO HAC VICE*

ROBERT COPLAN,                           :
MARTIN NISSENBAUM,                       :    07 Cr. 453 (SHS)
RICHARD SHAPIRO, and                     :
BRIAN VAUGHN,                            :
                                     :
         Defendants.                 :

--------------------------------------- x

PLEASE TAKE NOTICE that, pursuant to Rule 1.3 (c) of the Local Rules of the

United States District Courts for the Southern and Eastern Districts of New York, I, Paul B.

Bergman, a member in good standing of the Bar of this Court, hereby move for an Order

allowing the admission *pro hac vice* of

         Peter H. Barrett, Esq.
         Butler, Snow, O'Mara, Stevens & Cannada, PLLC
         P.O. Drawer 4248
         Gulfport, MS 39502
         Tel. No.: 228-575-3047
         Fax No.: 228-868-1531
         E-mail: peter.barrett@butlersnow.com

in connection with the representation of Brian Vaughn. Peter H. Barrett is a member in

good standing of the Mississippi Bar. There are no pending disciplinary proceedings against

Peter H. Barrett in any State or Federal court.

Dated: June 14, 2007
     New York, New York

Respectfully submitted,

PAUL S. BERGMAN, Esq. (0502)
950 Third Avenue
New York, NY 10022
Tel. No.: 212-355-7711
Fax No.: 212-755-5509
E-mail: berglaw@mindspring.com

TO:    Clerk of the Court
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York 10007

      Deborah E. Landis, Esq.
      Jaikumar Ramaswamy, Esq.
      Assistant U.S. Attorneys
      Southern District of New York
      One St. Andrew's Plaza
      New York, New York 10007

      Charles E. Clayman, Esq.
      Brian D. Linder, Esq.
      Clayman & Rosenberg
      305 Madison Avenue
      New York, New York 10165

      John J. Tigue, Jr., Esq.
      Morvillo, Abramowitz, Grand
        Iason, Anello & Bohrer, P.C.
      565 Fifth Avenue
      New York, New York 10017

      Paula M. Junghans, Esq.
      Zuckerman Spaeder, L.L.P.
      1800 M Street, N.W. Suite 1000
      Washington, D.C. 20036

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x

UNITED STATES OF AMERICA,     :

                     :

- v. -                   :

                     :

ROBERT COPLAN,        :
MARTIN NISSENBAUM,     :
RICHARD SHAPIRO, and    :
BRIAN VAUGHN,         :

                     :

        Defendants.    :

----------------------------------x

AFFIDAVIT OF PAUL B. BERGMAN
IN SUPPORT OF MOTION FOR
ADMISSION OF PETER H.
BARRETT *PRO HAC VICE*

07 Cr. 453 (SHS)

STATE OF NEW YORK     :
                         : ss.:
COUNTY OF NEW YORK    :

      Paul B. Bergman, being duly sworn, deposes and says as follows:

      1. I am local counsel for Brian Vaughn, a defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this affidavit in support of the within motion to admit Peter H. Barrett as counsel *pro hac vice* to represent Brian Vaughn in this matter. Except where the context shows otherwise, this affidavit is made upon information and belief.

      2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in March, 1968. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

      3. Peter H. Barrett is a senior attorney at Butler, Snow, O'Mara, Stevens & Cannada, PLLC., in Jackson, Mississippi.

4. Mr. Barrett served as an Assistant United States Attorney in the Southern District of Mississippi for 22 years, trying approximately 100 cases, including such notable cases as *United States v. Vaccaro* in 1994, and the first Federal death penalty case in Mississippi post *Furman v. Georgia, United States v. Cooper* in 2002. Mr. Barrett also served for four years as a Special Assistant United States Attorney in the Eastern District of Louisiana, and received the distinction of being awarded the Director's Award for Superior Performance in 1998.

5. I believe that these impressive credentials demonstrate that Mr. Barrett is a person of integrity and a skilled attorney, experienced in Federal Practice and familiar with the Federal Rules of Criminal Procedure and the Federal Rules of Evidence. A certified copy of Mr. Barrett's current Certificate of Good Standing from the Supreme Court of Mississippi is annexed hereto as Exhibit A.

6. Accordingly, I am pleased to move the admission of Peter H. Barrett, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Peter H. Barrett, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Peter h. Barrett, *pro hac vice* to represent Brian Vaughn in the above captioned matter, be granted.

Sworn to before me this
14th day of June, 2007

NOTARY PUBLIC

PHYLLIS A. MALGIERI
Notary Public, State Of New York
No. 43-4802265
Qualified In Richmond County
Commission Expires June 30, 20 _10_

PAUL B. BERGMAN

# *The Supreme Court of Mississippi*



## *Certificate of Good Standing*

I, Betty W. Sephton, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Peter H. Barrett** was duly and legally admitted to practice law before the Supreme Court of Mississippi on May 31, 1971, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on May 21, 2007, with the seal of the Supreme Court of Mississippi affixed.

**The Supreme Court of Mississippi**

Betty W. Sephton
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,          :
                                    :
        - v. -                      :     ORDER ADMITTING PETER H.
                                          BARRETT _PRO HAC VICE_
ROBERT COPLAN,                      :
MARTIN NISSENBAUM,                  :     07 Cr. 453 (SHS)
RICHARD SHAPIRO, and                :
BRIAN VAUGHN,                       :
                                    :
        Defendants.                 :
------------------------------------x

Upon the motion of Paul B. Bergman, attorney for Defendant, Brian Vaughn,

and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Peter H. Barrett, Esq.

Butler, Snow, O'Mara, Stevens & Cannada, PLLC

P.O. Drawer 4248

Gulfport, MS 39502

228-575-3047

228-868-1531

E-mail: peter.barrett@butlersnow.com

is admitted to practice _pro hac vice_ as counsel for Defendant Brian Vaughn in the

above captioned case in the United States District Court for the Southern District of

New York. All attorneys appearing before this Court are subject to the Local Rules

of this Court, including the Rules governing discipline of attorneys. If this action is

assigned to the electronic Case filing (ECF) system, counsel shall immediately apply

for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee

to the Clerk of Court.

Dated:    June ___, 2007
          New York, New York


_____

UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I, Paul B. Bergman, local counsel for Brian Vaughn, do hereby certify that on June 14, 2007, I caused to be served a copy of the within Motion for Admission of Peter H. Barrett *Pro Hac Vice* on the following attorneys through the ECF filing system for the Southern District of New York and by Federal Express.

> Deborah E. Landis, Esq.
> Jaikumar Ramaswamy, Esq.
> Assistant U.S. Attorneys
> Southern District of New York
> One St. Andrew's Plaza
> New York, New York 10007
>
> Charles E. Clayman, Esq.
> Brian D. Linder, Esq.
> Clayman & Rosenberg
> 305 Madison Avenue
> New York, New York 10165
>
> John J. Tigue, Jr., Esq.
> Morvillo, Abramowitz, Grand
>   Iason, Anello & Bohrer, P.C.
> 565 Fifth Avenue
> New York, New York 10017
>
> Paula M. Junghans, Esq.
> Zuckerman Spaeder, L.L.P.
> 1800 M Street, N.W. Suite 1000
> Washington, D.C. 20036

PAUL B. BERGMAN