UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

          - v. -

ROBERT COPLAN,
MARTIN NISSENBAUM,
RICHARD SHAPIRO, and
BRIAN VAUGHN,

          Defendants.

------------------------------------------x

MOTION FOR ADMISSION
OF JAMES B. TUCKER
*PRO HAC VICE*

07 Cr. 453 (SHS)

PLEASE TAKE NOTICE that, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Paul B. Bergman, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

        James B. Tucker, Esq.
        Butler, Snow, O'Mara, Stevens & Cannada, PLLC
        P.O. Box 22567,
        210 E. Capitol Street, 17th Floor
        AmSouth Plaza Building
        Jackson, MS 39225-2567
        Tel. No.: 601-985-4544
        Fax No.: 601-985-4500
        E-mail:  james.tucker@butlersnow.com

in connection with the representation of Brian Vaughn. James B. Tucker is a member in good standing of the Mississippi Bar. There are no pending disciplinary proceedings against James B. Tucker in any State or Federal court.

Dated: June 14, 2007
    New York, New York

Respectfully submitted,

PAUL B. BERGMAN, Esq. (0502)
950 Third Avenue
New York, New York 10022
Tel. No.: 212-355-7711
Fax No.: 212-755-5509
E-mail: berglaw@mindspring.com

TO: Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Deborah E. Landis, Esq.
Jaikumar Ramaswamy, Esq.
Assistant U.S. Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Charles E. Clayman, Esq.
Brian D. Linder, Esq.
Clayman & Rosenberg
305 Madison Avenue
New York, New York 10165

John J. Tigue, Jr., Esq.
Morvillo, Abramowitz, Grand
   Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017

Paula M. Junghans, Esq.
Zuckerman Spaeder, L.L.P.
1800 M Street, N.W. Suite 1000
Washington, D.C. 20036

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA, :
: AFFIDAVIT OF PAUL B. BERGMAN
- v. - : IN SUPPORT OF MOTION FOR
: ADMISSION OF JAMES B.
ROBERT COPLAN, : TUCKER *PRO HAC VICE*
MARTIN NISSENBAUM, : 07 Cr. 453 (SHS)
RICHARD SHAPIRO, and :
BRIAN VAUGHN, :
:
Defendants. :
------------------------------------x

STATE OF NEW YORK :
: ss.:
COUNTY OF NEW YORK :

    PAUL B. BERGMAN, being duly sworn, hereby deposes and says as follows:

    1. I am local counsel for Brian Vaughn, a defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this affidavit in support of the within motion to admit James B. Tucker as counsel *pro hac vice* to represent Brian Vaughn in this matter. Except where the context shows otherwise, this affidavit is made upon information and belief.

    2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in March, 1968. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3. James B. Tucker is a partner at Butler, Snow, O'Mara, Stevens & Cannada, PLLC, in Jackson, Mississippi.

4. Mr. Tucker served as the United States Attorney for the Southern District of Mississippi in 2001, and for 16 years before then, he was the Criminal Chief Assistant United States Attorney in the Southern District of Mississippi. Mr. Tucker has also served as a Trial Attorney in the Criminal Division of the Department of Justice, Senior Litigation Counsel in the Department of Justice, and Special Assistant Counsel in the Office of Professional Responsibility in the Department of Justice. Mr. Tucker is an Adjunct Professor at Mississippi College School of Law, teaching trial practice.

5. Mr. Tucker has served as trial counsel for over 100 jury trials and authored over 60 appellate briefs. He received the Director's Award for Superior Performance in Criminal Litigation in 1983 and 1998.

6. I believe these impressive credentials demonstrate that Mr. Tucker is a person of integrity and a skilled attorney, experienced in Federal Practice and familiar with the Federal Rules of Criminal Procedure and the Federal Rules of Evidence. A certified copy of Mr. Tucker's current Certificate of Good Standing from the Supreme Court of Mississippi is annexed hereto as Exhibit A.

7. Accordingly, I am pleased to move the admission of James B. Tucker, *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of James B. Tucker, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit James B. Tucker, *pro hac vice* to represent Brian Vaughn in the above captioned matter, be granted.

Sworn to before me this
14th day of June, 2007

*Phyllis A. Malgieri*
NOTARY PUBLIC

PHYLLIS A. MALGIERI
Notary Public, State Of New York
No. 43-4802265
Qualified in Richmond County
Commission Expires June 30, 20 _10_

*Paul B. Bergman*
PAUL B. BERGMAN

3

# The Supreme Court of Mississippi



### *Certificate of Good Standing*

I, Betty W. Sephton, as Clerk of the Supreme Court of Mississippi, do hereby certify that **James Burns Tucker** was duly and legally admitted to practice law before the Supreme Court of Mississippi on January 31, 1966, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on May 21, 2007, with the seal of the Supreme Court of Mississippi affixed.

**The Supreme Court of Mississippi**

*Betty W. Sephton*
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| - v. - : | ORDER ADMITTING JAMES B. TUCKER *PRO HAC VICE* |
| : | |
| ROBERT COPLAN, : | |
| MARTIN NISSENBAUM, : | 07 Cr. 453 (SHS) |
| RICHARD SHAPIRO, and : | |
| BRIAN VAUGHN, : | |
| : | |
| Defendants. : | |

------------------------------------x

Upon the motion of Paul B. Bergman, attorney for Defendant, Brian Vaughn, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

James B. Tucker, Esq.

Butler, Snow, O'Mara, Stevens & Cannada, PLLC

P.O. Box 22567

210 E. Capitol Street, 17th Floor

AmSouth Plaza Building

Jackson, MS 39225-2567

Tel. No.: 601-985-4544

Fax No.: 601-985-4500

james.tucker@butlersnow.com

is admitted to practice *pro hac vice* as counsel for Defendant Brian Vaughn in the above captioned case in the United States District Court for the Southern District of

New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:   June ___, 2007
         New York, New York

                                    _____
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

    I, Paul B. Bergman, local counsel for Brian Vaughn, do hereby certify that on June 14, 2007, I caused to be served a copy of the within Motion for Admission of James B. Tucker *Pro Hac Vice* on the following attorneys through the ECF filing system for the Southern District of New York and by Federal Express.

    Deborah E. Landis, Esq.
    Jaikumar Ramaswamy, Esq.
    Assistant U.S. Attorneys
    Southern District of New York
    One St. Andrew's Plaza
    New York, New York 10007

    Charles E. Clayman, Esq.
    Brian D. Linder, Esq.
    Clayman & Rosenberg
    305 Madison Avenue
    New York, New York 10165

    John J. Tigue, Jr., Esq.
    Morvillo, Abramowitz, Grand
      Iason, Anello & Bohrer, P.C.
    565 Fifth Avenue
    New York, New York 10017

    Paula M. Junghans, Esq.
    Zuckerman Spaeder, L.L.P.
    1800 M Street, N.W. Suite 1000
    Washington, D.C. 20036

_____
PAUL B. BERGMAN