UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,  :

        - v. -  :  MOTION FOR ADMISSION
                             :  OF AMANDA BARBOUR
                             :  *PRO HAC VICE*

ROBERT COPLAN,  :
MARTIN NISSENBAUM,  :  07 Cr. 453 (SHS)
RICHARD SHAPIRO, and  :
BRIAN VAUGHN,  :

        Defendants.  :

------------------------------------x

      PLEASE TAKE NOTICE that, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Paul B. Bergman, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

> Amanda B. Barbour, Esq.
> Butler, Snow, O'Mara, Stevens & Cannada, PLLC
> P.O. Box 22567
> 210 E. Capitol Street
> 17th Floor AmSouth Plaza Building
> Jackson, MS 39225-2567
> Tel. No.: 601-985-4585
> Fax No.: 601-985-4500
> E-mail: amanda.barbour@butlersnow.com

in connection with the representation of Brian Vaughn. Amanda B. Barbour is a member in good standing of the Mississippi Bar. There are no pending disciplinary proceedings against Amanda B. Barbour in any State or Federal court.

Dated: June 14, 2007
      New York, New York

Respectfully submitted,

_____
PAUL B. BERGMAN, Esq. (0502)
950 Third Avenue
New York, New York 10022
Tel No.: 212-355-7711
Fax No.: 212-755-5509
E-mail: berglaw@mindspring.com


TO:    Clerk of the Court
        United States District Court
        Southern District of New York
        500 Pearl Street
        New York, New York 10007

        Deborah E. Landis, Esq.
        Jaikumar Ramaswamy, Esq.
        Assistant U.S. Attorneys
        Southern District of New York
        One St. Andrew's Plaza
        New York, New York 10007

        Charles E. Clayman, Esq.
        Brian D. Linder, Esq.
        Clayman & Rosenberg
        305 Madison Avenue
        New York, New York 10165

        John J. Tigue, Jr., Esq.
        Morvillo, Abramowitz, Grand
          Iason, Anello & Bohrer, P.C.
        565 Fifth Avenue
        New York, New York 10017

        Paula M. Junghans, Esq.
        Zuckerman Spaeder, L.L.P.
        1800 M Street, N.W. Suite 1000
        Washington, D.C. 20036

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | AFFIDAVIT OF PAUL B. BERGMAN |
| - v. - : | IN SUPPORT OF MOTION FOR |
| : | ADMISSION OF AMANDA B. |
| : | BARBOUR _PRO HAC VICE_ |
| ROBERT COPLAN, : | |
| MARTIN NISSENBAUM, : | 07 Cr. 453 (SHS) |
| RICHARD SHAPIRO, and : | |
| BRIAN VAUGHN, : | |
| : | |
| Defendants. : | |

------------------------------------x

STATE OF NEW YORK        :
                         : ss.:
COUNTY OF NEW YORK       :

PAUL B. BERGMAN, being duly sworn, deposes and says:

1. I am local counsel for Brian Vaughn, a defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this affidavit in support of the within motion to admit Amanda B. Barbour as counsel *pro hac vice* to represent Brian Vaughn in this matter. Except where the context shows otherwise, this affidavit is made upon information and belief.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in March, 1968. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Amanda B. Barbour is an associate at Butler, Snow, O'Mara, Stevens & Cannada, PLLC, in Jackson, Mississippi.

4. Prior to her position at Butler Snow, Ms. Barbour served for three years as an Assistant District Attorney in the Harris County, Texas District Attorney's Office and for two years as a Deputy District Attorney in the Jefferson County, Alabama, District Attorney's Office. She served as a clerk to Chief Judge Loren A. Smith of the U.S. Court of Federal Claims and is admitted to the Bars of the United States District Court of the Northern District of Mississippi, United States District Court of the Southern District of Mississippi, the United States Court of Appeals for the Fifth Circuit, and the United Stated Supreme Court. In private practice, Ms. Barbour has represented corporate clients in large, complex federal criminal investigations.

5. I believe these impressive credentials demonstrate that Ms. Barbour is a person of integrity and a skilled attorney, experienced in Federal Practice and familiar with the Federal Rules of Criminal Procedure and the Federal Rules of Evidence. A certified copy of Ms. Barbour's current Certificate of Good Standing from the Supreme Court of Mississippi is annexed hereto as Exhibit A.

6. Accordingly, I am pleased to move the admission of Amanda B. Barbour *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Amanda B. Barbour, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Amanda B. Barbour, *pro hac vice* to represent Brian Vaughn in the above captioned matter, be granted.

Sworn to before me this
14th day of June, 2007

*[signature]*
NOTARY PUBLIC

PHYLLIS A. MALGIERI
Notary Public, State Of New York
No. 43-4802265
Qualified In Richmond County
Commission Expires June 30, 20 _10_

*[signature]*
PAUL B. BERGMAN

# The Supreme Court of Mississippi



## Certificate of Good Standing

I, Betty W. Sephton, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Amanda B. Barbour** was duly and legally admitted to practice law before the Supreme Court of Mississippi on March 4, 2005, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on May 21, 2007, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

Betty W. Sephton
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,           :
                                    :
        - v. -                      :   ORDER ADMITTING AMANDA
                                    :   B. BARBOUR *PRO HAC VICE*
ROBERT COPLAN,                      :
MARTIN NISSENBAUM,                  :   07 Cr. 453 (SHS)
RICHARD SHAPIRO, and                :
BRIAN VAUGHN,                       :
                                    :
        Defendants.                 :

------------------------------------x

Upon the motion of Paul B. Bergman, attorney for Defendant, Brian Vaughn, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> Amanda B. Barbour, Esq.
>
> Butler, Snow, O'Mara, Stevens & Cannada, PLLC
>
> P.O. Box 22567
>
> 210 E. Capitol Street, 17th Floor
>
> AmSouth Plaza Building
>
> Jackson, MS 39225-2567
>
> Tel No.: 601-985-4585
>
> Fax No.: 601-985-4500
>
> E-mail: amanda.barbour@butlersnow.com

is admitted to practice *pro hac vice* as counsel for Defendant Brian Vaughn in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules

of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: June ___, 2007
        New York, New York

                                              _____
                                              UNITED STATES DISTRICT JUDGE

2

CERTIFICATE OF SERVICE

I, Paul B. Bergman, local counsel for Brian Vaughn, do hereby certify that on June 14, 2007, I caused to be served a copy of the within Motion for Admission of Amanda B. Barbour *Pro Hac Vice* on the following attorneys through the ECF filing system for the Southern District of New York and by Federal Express.

> Deborah E. Landis, Esq.
> Jaikumar Ramaswamy, Esq.
> Assistant U.S. Attorneys
> Southern District of New York
> One St. Andrew's Plaza
> New York, New York 10007
>
> Charles E. Clayman, Esq.
> Brian D. Linder, Esq.
> Clayman & Rosenberg
> 305 Madison Avenue
> New York, New York 10165
>
> John J. Tigue, Jr., Esq.
> Morvillo, Abramowitz, Grand
>   Iason, Anello & Bohrer, P.C.
> 565 Fifth Avenue
> New York, New York 10017
>
> Paula M. Junghans, Esq.
> Zuckerman Spaeder, L.L.P.
> 1800 M Street, N.W. Suite 1000
> Washington, D.C. 20036

PAUL B. BERGMAN