**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**


**UNITED STATES OF AMERICA**

    **v.**                                                              **07 CR 453 (SHS)**

**ROBERT COPLAN, MARTIN NISSENBAUM,
RICHARD SHAPIRO, and BRIAN VAUGHN**


**NOTICE OF ENTRY OF APPEARANCE**

Peter H. Barrett of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, having been

admitted *pro hac vice* by this Court, hereby enters his appearance as counsel for Brian Vaughn in

the above captioned matter and advises as follows:

Peter H. Barrett
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
Post Office Drawer 4248
Gulfport, MS  39502-4248
1300 – 25th Avenue, Suite 204
Gulfport, MS  39501
Direct # (228) 575-3047
Main # (228) 864-1170
Fax # (228) 868-1531
Email:  peter.barrett@butlersnow.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation:  Retained

Respectfully submitted, this 3rd day of July 2007.


BRIAN VAUGHN

By: s/ *Peter H. Barrett*_____
    Peter H. Barrett (MSB # 2069)


HIS ATTORNEY


Jackson 2175924v.1