**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

    v.                                                                          07 CR 453 (SHS)

**ROBERT COPLAN, MARTIN NISSENBAUM,
RICHARD SHAPIRO, and BRIAN VAUGHN**

### NOTICE OF ENTRY OF APPEARANCE

      Amanda B. Barbour of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, having been admitted *pro hac vice* by this Court, hereby enters herrs appearance as counsel for Brian Vaughn in the above captioned matter and advises as follows:

                                 Amanda B. Barbour
               Butler, Snow, O'Mara, Stevens & Cannada, PLLC
                           Post Office Box 22567
                           Jackson, MS  39225-2567
                  210 East Capitol Street, 17th Floor
                             Jackson, MS  39201
                          Direct # (601) 985-4585
                          Main # (601) 948-5711
                           Fax # (601) 985-4500
         Email:  amanda.barbour@butlersnow.com
                                  ATTORNEY
                         ATTORNEY TO BE NOTICED
                          Designation:  Retained

      Respectfully submitted, this 3rd day of July 2007.

                                                      BRIAN VAUGHN

                                                      By: s/ *Amanda B. Barbour*_____
                                                          Amanda B. Barbour (MSB # 99119)

                                                     HIS ATTORNEY

Jackson 2176774v.1