## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

    **v.**                                                                 **07 CR 453 (SHS)**

**ROBERT COPLAN, MARTIN NISSENBAUM,**
**RICHARD SHAPIRO, and BRIAN VAUGHN**

### NOTICE OF ENTRY OF APPEARANCE

James B. Tucker of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, having been

admitted *pro hac vice* by this Court, hereby enters his appearance as counsel for Brian Vaughn in

the above captioned matter and advises as follows:

James B. Tucker
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
Post Office Box 22567
Jackson, MS  39225-2567
210 East Capitol Street, 17th Floor
Jackson, MS  39201
Direct # (601) 985-4544
Main # (601) 948-5711
Fax # (601) 985-4500
Email:  james.tucker@butlersnow.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation:  Retained

Respectfully submitted, this 3rd day of July 2007.

BRIAN VAUGHN

By: s/ *James B. Tucker*_____
    James B. Tucker (MSB #8297)

HIS ATTORNEY

Jackson 2176783v.1