UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA,               :
                                        :   MOTION FOR ADMISSION
         - v. -                         :   OF ROBERT G. ANDERSON
                                        :   *PRO HAC VICE*
ROBERT COPLAN,                          :
MARTIN NISSENBAUM,                      :   07 Cr. 453 (SHS)
RICHARD SHAPIRO, and                    :
BRIAN VAUGHN,                           :
                                        :
         Defendants.                    :
----------------------------------------x

PLEASE TAKE NOTICE that, pursuant to Rule 1.3 (c) of the Local Rules of the

United States District Courts for the Southern and Eastern Districts of New York, I, Paul B.

Bergman, a member in good standing of the Bar of this Court, hereby move for an Order

allowing the admission *pro hac vice* of

> Robert G. Anderson, Esq.
> Butler, Snow, O'Mara, Stevens & Cannada, PLLC.
> P.O. Box 22567
> Jackson, MS 39225-2567
> Tel. No.: 601-985-4505
> Fax (601) 985-4500
> E-mail: bob.anderson@butlersnow.com

in connection with the representation of Brian Vaughn. Robert G. Anderson is a member in

good standing of the Mississippi Bar. There are no pending disciplinary proceedings against

Robert G. Anderson in any State or Federal court.

Dated: October 3, 2007
     New York, New York

                              Respectfully submitted,

                              _____
                              PAUL B. BERGMAN, Esq. (0502)
                              950 Third Avenue
                              New York, NY 10022
                              Tel. No.: 212-355-7711
                              Fax No.: 212-755-5509
                              E-mail: berglaw@mindspring.com

TO:    Clerk of the Court
         United States District Court
         Southern District of New York
         500 Pearl Street
         New York, New York 10007

         Deborah E. Landis, Esq.
         Assistant U.S. Attorneys
         Southern District of New York
         One St. Andrew's Plaza
         New York, New York 10007

         Charles E. Clayman, Esq.
         Brian D. Linder, Esq.
         Clayman & Rosenberg
         305 Madison Avenue
         New York, New York 10165

         John J. Tigue, Jr., Esq.
         Kristy Milkov Watson, Esq.
         Morvillo, Abramowitz, Grand
           Iason, Anello & Bohrer, P.C.
         565 Fifth Avenue
         New York, New York 10017

         Paula M. Junghans, Esq.
         Zuckerman Spaeder, L.L.P.
         1800 M Street, N.W. Suite 1000
         Washington, D.C. 20036

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :   AFFIDAVIT OF PAUL B. BERGMAN
        - v. -                      :   IN SUPPORT OF MOTION FOR
                                    :   ADMISSION OF ROBERT G.
ROBERT COPLAN,                      :   ANDERSON *PRO HAC VICE*
MARTIN NISSENBAUM,                  :   07 Cr. 453 (SHS)
RICHARD SHAPIRO, and                :
BRIAN VAUGHN,                       :
                                    :
                Defendants.         :
------------------------------------x

STATE OF NEW YORK     )
                      : ss.:
COUNTY OF NEW YORK    )

PAUL B. BERGMAN, being duly sworn, hereby deposes and says as follows:

1. I am local counsel for Brian Vaughn, a defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this affidavit in support of the within motion to admit Robert G. Anderson as counsel *pro hac vice* to represent Brian Vaughn in this matter. Except where the context shows otherwise, this affidavit is made upon information and belief.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in March, 1968. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Robert G. Anderson is of counsel to Butler, Snow, O'Mara, Stevens & Cannada, PLLC, in Jackson, Mississippi.

4. Mr. Anderson served as an Assistant United States Attorney in the Southern District of Mississippi for 13 years. During his tenure there, Mr. Anderson served as the Chief of the Civil Division, Money Laundering Crimes Coordinator, and Health Care Prosecutor. Mr. Anderson was awarded the HHS Inspector General's Integrity Award in 1997 and 2005. Mr. Anderson is an Adjunct Professor at Mississippi College School of Law, teaching healthcare law.

5. I believe these impressive credentials demonstrate that Mr. Anderson is a person of integrity and a skilled attorney, experienced in Federal Practice and familiar with the Federal Rules of Criminal Procedure and the Federal Rules of Evidence. A certified copy of Mr. Anderson's current Certificate of Good Standing from the Supreme Court of Mississippi is annexed hereto as Exhibit A.

6. Accordingly, I am pleased to move the admission of Robert G. Anderson, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Robert G. Anderson, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Robert G. Anderson, *pro hac vice* to represent Brian Vaughn in the above captioned matter, be granted.

Sworn to before me this
3rd day of October, 2007

_____
NOTARY PUBLIC

MARK L. FREYBERG
NOTARY PUBLIC, State of New York
No. 31-4878056
Qualified in New York County
Commission Expires November 3, 2010

_____
PAUL B. BERGMAN

2

# The Supreme Court of Mississippi



## Certificate of Good Standing

I, Betty W. Sephton, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Robert Gilmon Anderson** was duly and legally admitted to practice law before the Supreme Court of Mississippi on April 28, 1988, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on October 1, 2007, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

Betty W. Sephton
CLERK

## CERTIFICATE OF SERVICE

I, Paul B. Bergman, local counsel for Brian Vaughn, do hereby certify that on October 3, 2007, I caused to be served a copy of the within Motion for Admission of Robert G. Anderson *Pro Hac Vice* on the following attorneys by first class mail addressed as follows:

        Deborah E. Landis, Esq.
        U.S. Attorney's Office, SDNY
        One St. Andrew's Plaza
        New York, NY 10007

        Charles E. Clayman, Esq.
        Brian D. Linder, Esq.
        Clayman & Rosenberg
        305 Madison Avenue
        New York, NY 10165

        John J. Tigue, Jr., Esq.
        Kristy Watson Milkov, Esq.
        Morvillo, Abramowitz, Grand
         Iason, Anello & Bohrer, P.C.
        565 Fifth Avenue
        New York, NY 10017

        Paula Junghans, Esq.
        Zuckerman Spaeder, L.L.P.
        1800 M Street, NW
        Suite 1000
        Washington, DC 20036-5802

_____
PAUL B. BERGMAN