USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,             :

       - v. -                         :     ORDER ADMITTING
                                                    ROBERT G. ANDERSON
ROBERT COPLAN,                        :     *PRO HAC VICE*
MARTIN NISSENBAUM,                    :     07 Cr. 453 (SHS)
RICHARD SHAPIRO, and                  :
BRIAN VAUGHN,                         :
                                                  :
            Defendants.              :
------------------------------------x

ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Paul B. Bergman, attorney for Defendant, Brian Vaughn, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

>  Robert G. Anderson, Esq.
>  Butler, Snow, O'Mara, Stevens & Cannada, PLLC
>  P.O. Box 22567
>  Jackson, MS 39225-2567
>  601-985-4505
>  bob.anderson@butlersnow.com

is admitted to practice pro hac vice as counsel for Defendant Brian Vaughn in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the electronic case filing (ECF) system, counsel shall immediately apply

for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: October 18, 2007
       New York, New York

_____
UNITED STATES DISTRICT JUDGE