**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 5, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/08

BY HAND

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
Room 1010
New York, New York 10007

Re:    United States v. Robert Coplan, et al.
       07 Cr. 453 (SHS)

Dear Judge Stein:

The parties in the above-captioned matter are currently scheduled to appear for a pretrial conference on February 8. The Government respectfully submits this letter, together with the enclosed stipulation, to request an adjournment of the conference until February 22, 2008.

When the date of February 8 was requested, it was the Government's hope that a superseding indictment would be in hand. Unfortunately, for various reasons, that process has been delayed. As set forth in the enclosed stipulation, the Government believes it will obtain a superseding indictment on or before February 21, 2008. We seek an adjournment until February 22nd so that counsel – particularly counsel from out of town – need not appear this week, and then again when the superseding indictment has been obtained. We have ascertained that all counsel and the defendants can be present on February 22, 2008 for an arraignment on the anticipated superseding indictment.

Assuming the proposed adjournment is acceptable to the Court, we understand from Ms. Blakely that the Court could see us at 9:30 a.m. on that day. All counsel agree that an exclusion of time under the Speedy Trial Act for the time period of this requested adjournment would serve the ends of justice, and would outweigh the interests of the public and of each of the defendants to a speedy trial pursuant to 18 U.S.C. 3161(h)(8)(A).

The Government respectfully requests that the Court "So Order" this letter so that

Honorable Sidney H. Stein                                                    - 2 -
United States District Judge

an exclusion under the Speedy Trial act will take effect promptly.

                                   Respectfully submitted,

                                   MICHAEL J. GARCIA
                                   United States Attorney

                          By: _____
                                   Deborah Landis
                                   Assistant United States Attorneys
                                   (212) 637-2512

cc:    All Counsel

        The pretrial conference currently scheduled for February 8 is adjourned to
February 22, 2008 at 9:30 am.  For the reasons set forth in the stipulation of the parties, the Court
finds that an exclusion of the two-week period from February 8 until February 22, 2008 from the
time within which the trial of this matter must commence would serve the ends of justice, and
would outweigh the interests of the public and the defendants in a speedy trial.  Accordingly,
time is excluded under Title 18, United States Code, Section 3161(h)(8)(A) from 2/5/08 until 2/22/08

        So Ordered.
        Date: 2/5/08

                                   _____
                                   Sidney H. Stein
                                   U.S.D.J.