UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
            - v. -                  :            PROPOSED ORDER
                                    :
ROBERT COPLAN,                      :            (S-1) 07 Cr. 453 (SHS)
MARTIN NISSENBAUM,                  :
RICHARD SHAPIRO,                    :
BRIAN VAUGHN,                       :
DAVID SMITH, and                    :
CHARLES BOLTON,                     :
                                    :
            Defendants.             :
------------------------------------x

   UPON THE APPLICATION of counsel for the Defendant Brian Vaughn, the Clerk of the Court is directed to provide counsel with such documents that are presently under seal which will show the application for and orders of the Grand Jury or Special Grand Juries which returned the initial Indictment in this Prosecution on or about May 22, 2007 and the Superseding Indictment on or about February 19, 2008, together with any Orders, and applications therefor, extending the term of service of such Grand or Special Grand Juries, and documents within the Court file which show the return of such Indictments before the Magistrate Judge; and it further

   ORDERED that, to the extent that the Clerk of the Court does not have such documentation on file, the United States Attorney shall provide the described documentation to counsel; and it is

                                        SO ORDERED

                                        _____
                                             U. S. D. J.

Dated: New York, New York
       April    , 2008