**EXHIBIT C**



# Summons

In the matter of  the liability of Ernst & Young for IRC sections 6707 and 6708 penalties.

Internal Revenue Service (Division): _____ LMSB _____

Industry/Area (name or number): _____ Financial Services/ Territory 1030 _____

Periods: _____ January 1, 1995, to April 22, 2002 _____

### The Commissioner of Internal Revenue

**To:**  Ernst & Young LLP

**At:**  787 7th Avenue, New York, N.Y. 10019

You are hereby summoned and required to appear before  Team Manager Michael R. Friedman, ID 13-24456
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers,
and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the
administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attachments.

*Received*
*Ernst & Young LLP*
*By: Michael A. Frank*
*Michael B. Frank*
*Associate General Counsel*
*4/22/02*

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original
and that it is a true and correct copy of the original.

_____          _____
Signature of IRS officer serving the summons          REVENUE AGENT
                                                                                              Title

**Business address and telephone number of IRS officer before whom you are to appear:**

110 West 44th Street, New York, N.Y. 10036

**Place and time for appearance at**  110 West 44th Street, New York, N.Y. 10036

## IRS

on the ____3rd____ day of ____May____ , ____2002____ at ____10:00____ o'clock __a__ m.

Issued under authority of the Internal Revenue Code this ____23rd____ day of ____April____ , ____2002____

Department of the Treasury
Internal Revenue Service

**www.irs.gov**

Form 2039 (Rev 12-2001)
Catalog Number 21405J

_____
Signature of issuing officer                           Revenue Agent
                                                                         Title

_____
Signature of approving officer (if applicable)        Team Manager
                                                                         Title

**Part A - to be given to person summoned**

SDNY-00613946