**EXHIBIT D**

# EXAMINATION UNDER OATH OF BRIAN VAUGHN
## JUNE 12, 2002

### SHEET 1 PAGE 1

EXAMINATION UNDER OATH OF

BRIAN VAUGHN

JUNE 12, 2002

---

APPEARANCES

For the Internal Revenue Service:

Maureen Loviglio, Esq.
Viviana Taverna, Esq.
Timothy Mulvey, Esq.
Michael R. Friedman
Steve Winningham, Esq.
290 Broadway
12th Floor
New York, New York 10007

For the Affiant:

Gerald A. Kafka, Esq.
Michael J. Desmond, Esq.
Ronald J. Buch, Jr., Esq.
McKEE NELSON LLP
1919 M Street, NW
Suite 800
Washington, DC 20036

Debbie Franklin, CCR
2000 Julie Drive
Mt. Juliet, Tennessee 37122
(615) 758-4516

### PAGE 2

INDEX

|  | PAGE |
|---|---|
| Examination by Ms. Loviglio | 4 |
| Examination by Ms. Taverna | 45 |
| Examination by Ms. Loviglio | 107 |
| Examination by Ms. Taverna | 110 |
| Examination by Ms. Loviglio | 122 |
| Examination by Ms. Taverna | 123 |
| Examination by Ms. Loviglio | 140 |
| Examination by Ms. Taverna | 148 |
| Examination by Mr. Mulvey | 189 |
| Examination by Ms. Loviglio | 190 |
| Examination by Ms. Taverna | 190 |

EXHIBITS

| | | PAGE |
|---|---|---|
| No. 1 | Notice 2001-51 | 163 |

### PAGE 3

1   The examination under oath of Brian Vaughn
2   was taken by counsel for the Internal Revenue
3   Service, pursuant to agreement, at 810 Broadway,
4   Suite 400, Nashville, Tennessee, on June 12, 2002,
5   commencing at approximately 9:00 a.m., for all
6   purposes allowed under the Tennessee Rules of Civil
7   Procedure, before Debbie Franklin, Court Reporter
8   and Notary, State of Tennessee at Large, in
9   accordance with the following stipulation.

STIPULATION

13   It is agreed that Debbie Franklin, Court
14   Reporter and Notary, may swear the affiant, and that
15   the reading and signing of the completed statement
16   by the affiant are expressly waived.

### PAGE 4

BRIAN VAUGHN,
was called as an affiant, and after
having been first duly sworn, testified as follows:

EXAMINATION

BY MS. LOVIGLIO:

Q   Can you go through your educational background, please.

A   Sure. I graduated in 1988, in December '88, from at that time Northeast Louisiana University in Monroe, Louisiana, with a BBA and major in accounting.

Q   And where have you worked since completing your education?

A   I've worked for Arthur Andersen, KP&G, Deloitte & Touche, and Ernst & Young.

Q   In that order?

A   Yes.

Q   When did you start at E&Y?

A   In January of 1998.

Q   What position did you hold at E&Y?

A   Senior manager national tax.

Q   And was there a group within national tax that you worked in?

A   PFC.

Q   What's PFC?