(This Exhibit has been previously provided to all
counsel and has been separately provided to the
Court in conjunction with this Omnibus Pretrial
Motion)

**EXHIBIT E**