(This Exhibit has been previously provided to all counsel and has been separately provided to the Court in conjunction with this Omnibus Pretrial Motion)

**EXHIBIT F**