**EXHIBIT I**

1

```
7c6ikerc ag                    CONFERENCE
```

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                            07 Cr. 1027 SCR

 5   BERNARD KERIK,

 6              Defendant.

 7   ------------------------------x

 8                                       December 6, 2007
                                         2:35 p.m.
 9                                       White Plains, N.Y.

10   Before:

11                   HON. STEPHEN C. ROBINSON,

12                                       District Judge

13                         APPEARANCES

14   MICHAEL J. GARCIA
          United States Attorney for the
15        Southern District of New York
     ELLIOTT JACOBSON
16   PERRY CARBONE
          Assistant United States Attorneys
17
     PAUL HASTINGS JANOFSKY & WALKER
18        Attorney for Defendant
     KENNETH M. BREEN
19   THOMAS FALLATI

20   JAMES O'CONNER FBI

21

22                         CONFERENCE

23                 (CONTAINS SEALED MATERIAL)

24

25

              SOUTHERN DISTRICT REPORTERS, P.C.
                     (212) 805-0300

```
       7c6ikerc ag              CONFERENCE
```

1   discovery letter, and we raised this at the first pretrial
2   conference, the false statement counts which are Counts 15 and
3   16 of the indictment, are venued in the District of Columbia.
4   And as I also indicated at the first pretrial conference, the
5   false statements there are of a piece with other false
6   statements that were made in other counts.  They deal with
7   either nondisclosure or false statements, for the most part,
8   about the apartment.  But at this point at least we can only
9   properly venue them in the District of Columbia.
10         We have turned all of the false statements over to
11  defense counsel as part of our discovery letter, and we have
12  asked for a response by December 15th whether Mr. Kerik is
13  prepared to waive venue on those counts so that those counts
14  can be tried with these counts.
15         THE COURT:  The 15th is a Saturday.
16         MR. JACOBSON:  Mr. Breen sent us his letter over the
17  weekend.  I don't mind if he sends us a letter on the weekend.
18  If they want on the 17th that's fine.  But we need a response,
19  because if they're not going to waive venue, then we're going
20  to go to the District of Columbia, present these charges there,
21  and obtain an indictment there.
22         THE COURT:  I thought you said he had until the 15th
23  to tell you.
24         MR. JACOBSON:  He does.  I'm just raising this to the
25  Court to alert the Court that if we don't have an answer by

```
7c6ikerc ag              CONFERENCE
```

1   then, we may be asking for a further conference just to
2   straighten out that issue.
3           THE COURT:  You know, I'm hearing every day -- and I
4   love seeing you guys.  You don't have to warn me that you might
5   ask me for a conference.  Love to have you.  You're not going
6   to ask me to make reservations for your flight down to D.C. to
7   do it, are you?
8           MR. JACOBSON:  No, I wouldn't trouble the Court with
9   that.
10          THE COURT:  Believe me, I've been troubled with much
11  more trivial things in more trivial cases.
12          MR. JACOBSON:  We try not to trouble the Court with
13  trivial matters.
14          THE COURT:  That's nice to know, really.  I'll sleep
15  well tonight.  Anything else Mr. Jacobson?
16          Mr. Carbone, you've been silent.
17          MR. CARBONE:  If I want me to say more, I'd be happy
18  to.
19          MR. JACOBSON:  Could we see the Court at sidebar with
20  the reporter and counsel?
21          THE COURT:  Are there other matters, Mr. Breen, before
22  we do that?
23          MR. BREEN:  No, your Honor, thank you.
24          (Continued on next page)
25          (The following portion was sealed)