<u>CERTIFICATE OF SERVICE</u>

      Paul B. Bergman, local counsel for Brian Vaughn, do hereby certify that on May 5, 2008, I caused to be served a copy of the within Notice of Omnibus Pretrial Motion on the following attorneys through the ECF filing system for the Southern District of New York and by Federal Express.

          Lauren Goldberg, Esq.
          Marshall Alan Camp, Esq.
          Assistant U.S. Attorneys
          Southern District of New York
          One St. Andrew's Plaza
          New York, New York 10007

          Brian D. Linder, Esq.
          Isabelle A. Kirshner, Esq.
          Clayman & Rosenberg
          305 Madison Avenue
          New York, New York 10165

          John J. Tigue, Jr., Esq.
          Jeremy H. Temkin, Esq.
          Kristy W. Milkov, Esq.
          Morvillo, Abramowitz, Grand
            Iason, Anello & Bohrer, P.C.
          565 Fifth Avenue
          New York, New York 10017

          Paula M. Junghans, Esq.
          Andrew Goldfarb, Esq.
          Zuckerman Spaeder, L.L.P.
          1800 M Street, N.W. Suite 1000
          Washington, D.C. 20036

          Howard Heiss, Esq.
          Mark Racanelli, Esq.
          O'Melveny & Myers, LLP
          Times Square Tower
          7 Times Square
          New York, NY 10036

                                    _____
                                    PAUL B. BERGMAN