**APPENDIX A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v -

USAMA BIN LADEN,                                                    INDICTMENT
    a/k/a "Usamah Bin-Muhammad Bin-Ladin,"
    a/k/a "Shaykh Usamah Bin-Ladin,"                        S(7) 98 Cr. 1023 (LBS)
    a/k/a "Abu Abdullah"
    a/k/ a "Mujahid Shaykh,"
    a/k/ a "Hajj, "
    a/k/a "Abdul Hay,"
    a/k/a "al Qaqa,"
    a/k/a "the Director,"
    a/k/a "the Supervisor,"
    a/k/a "the Contractor,"

MUHAMMAD ATEF ,
    a/k/a "Abu Hats,"
    a/k/a "Abu Hats el Masry,"
    a/k/a "Abu Hats el Masry el Khabir,"
    a/k/ a "Taysir,"
    a/k/a "Sheikh Taysir Abdullah,"
    a/k/a "Abu Fatima,"
    a/k/a "Abu Khadija,"

AYMAN AL ZAWAHIRI,
    a/k/a "Abdel Muaz,
    a/k/a Dr. Ayman al Zawahiri,"
    a/k/a "the Doctor,"
    a/k/a "Nur,"
    a/k/a "Ustaz,"
    a/k/a "Abu Mohammed,"
    a/k/a "Abu Mohammed Nur al-Deen,"

MAMDOU MAHMUD SAMLIM
    a/k/a "Abu Hajer al Iraqi,"
    a/k/a "Abu Hajer,"

KHALID AL FAWWAZ
    a/k/a "Khaled Abdul Rahman Hamad al Fawwaz"
    a/k/a "Abu Omar,"
    a/k/a "Hamad,"

(Caption continued on the following page)

knowingly, did make materially false statements and representations, to wit, the defendant falsely stated to a Special Agent of the Federal Bureau of Investigation that he had never heard that "Abu Ubaidah al Banshiri," a military commander for Usama Bin Laden, had died when in truth and fact WADI EL HAGE knew that "Abu Ubaidah al Banshiri" had died in Kenya in 1996.

(Title 18, United States Code, Section 1001.)

COUNT THREE HUNDRED EIGHT: FALSE STATEMENTS

93.     On or about August 20, 1998, in Dallas, Texas, and Arlington, Texas, the defendant WADIH EL HAGE, a/k/a "Abdus Sabbur, " a/k/a "Abd al Sabbur, " a/k/a "Wadia," a/k/a "Abu Abdullah al Lubnani," a/k/a "Norman," a/k/a "Wa'da Norman," a/k/a "the Manager," a/k/a "Tanzanite," in a matter within the jurisdiction of the executive branch of the government, to wit, a criminal investigation based in the Southern District of New York, unlawfully, willfully and knowingly, did make materially false statements and representations, to wit, the defendant falsely stated to a Special Agent of the Federal Bureau of Investigation that he did not know Mohamed Sadeek Odeh and did not recognize his photograph when in truth and fact EL HAGE knew Mohamed Sadeek Odeh.

(Title 18, United States Code, Section 1001.)

FOREPERSON                                            MARY JO WHITE
                                                      United States Attorney