UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

UNITED STATES OF AMERICA,                    :

                                             :          NOTICE OF DISCOVERY
              - v. -                         :          MOTIONS FILED ON BEHALF
                                             :          OF ALL DEFENDANTS
ROBERT COPLAN,                               :
MARTIN NISSENBAUM,                           :          (S1) 07 Cr. 453 (SHS)
RICHARD SHAPIRO,                             :
BRIAN VAUGHN,                                :
DAVID L. SMITH, and                          :
CHARLES BOLTON,                              :
                                             :
                     Defendants.             :
-------------------------------------------------------- x

PLEASE TAKE NOTICE that upon the affidavit of John J. Tigue, Jr., sworn to

May 5, 2008, which was submitted in support of Defendant Richard Shapiro's Pre-Trial Motions,

together with the exhibits thereto; and all other papers and proceedings herein, defendants Robert

Coplan, Martin Nissenbaum, Richard Shapiro, Brian Vaughn and Charles Bolton will move this

Court, before the Hon. Sidney H. Stein, United States District Judge for the Southern District of

New York, at the United States Courthouse, 500 Pearl Street, New York, New York, at such date

and time as the Court may direct, for the following relief:

1.      For an Order, pursuant to Rule 7(f) of the Federal Rules of Criminal

Procedure, directing the government to provide a bill of particulars;

2.      For an Order, pursuant to Rule 16 of the Federal Rules of Criminal

Procedure, directing the government to specify, no later than December 24, 2008, the documents

it intends to use in its case-in-chief at trial;

3.      For an Order directing the government to produce immediately all

information in its possession required to be produced pursuant to Brady v. Maryland, 373 U.S.

83 (1963), and its progeny;

4.      For an Order directing the government to provide, no later than December 1, 2008, all information which tends to impeach the credibility of the government's witnesses, the production of which is required pursuant to <u>Giglio v. United States</u>, 405 U.S. 150 (1972), and its progeny;

5.      For an Order directing the government to produce, no later than December 24, 2008, all materials it is required to produce pursuant to the Jencks Act, 18 U.S.C. § 3500;

6.      For an Order directing the government to produce a list of trial witnesses no later than December 24, 2008;

7.      For an Order directing the government to provide notice, no later than February 1, 2009, of its intention to offer evidence of "similar acts" or other evidence pursuant to Rule 404(b), Federal Rules of Evidence, and if so, setting forth the date, place and describe the nature of each such öother crimeö evidence; and

8.      For such other and further relief as the Court may deem just and proper.

Dated: May 5, 2008
          New York, New York

                                                    MORVILLO, ABRAMOWITZ, GRAND,
                                                     IASON, ANELLO & BOHRER, P.C.


                                                    /s/ John J. Tigue, Jr.
                                                    John J. Tigue, Jr. (JT-4818)
                                                    Jeremy H. Temkin (JT-9118)
                                                    Kristy Watson-Milkov (KM-1705)

                                                    565 Fifth Avenue
                                                    New York, New York 10017
                                                    Telephone:  (212) 856-9600
                                                    Facsimile :  (212) 856-9494

                                                    *Attorneys for Richard Shapiro*