## CERTIFICATE OF SERVICE

Paul B. Bergman, local counsel for Brian Vaughn, do hereby certify that on May 5, 2008, I caused to be served a copy of the within Notice of Omnibus Pretrial Motion on the following attorneys through the ECF filing system for the Southern District of New York and by Federal Express.

Lauren Goldberg, Esq.
Marshall Alan Camp, Esq.
Assistant U.S. Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Brian D. Linder, Esq.
Isabelle A. Kirshner, Esq.
Clayman & Rosenberg
305 Madison Avenue
New York, New York 10165

John J. Tigue, Jr., Esq.
Jeremy H. Temkin, Esq.
Kristy W. Milkov, Esq.
Morvillo, Abramowitz, Grand
  Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017

Paula M. Junghans, Esq.
Andrew Goldfarb, Esq.
Zuckerman Spaeder, L.L.P.
1800 M Street, N.W. Suite 1000
Washington, D.C. 20036

Howard Heiss, Esq.
Mark Racanelli, Esq.
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY 10036

_____
PAUL B. BERGMAN