**EXHIBIT C**



# Summons

In the matter of the liability of Ernst & Young for IRC sections 6707 and 6708 penalties.
Internal Revenue Service (Division): LMSB
Industry/Area (name or number): Financial Services/ Territory 1030
Periods: January 1, 1995, to April 22, 2002

### The Commissioner of Internal Revenue

To: Ernst & Young LLP

At: 787 7th Avenue, New York, N.Y. 10019

You are hereby summoned and required to appear before Team Manager Michael R. Friedman, ID 13-24456 an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attachments.

*Received
Ernst & Young LLP
By: Michael A. Frank
Michael A. Frank
Associate General Counsel
4/23/02*

---

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_FT Caballes_ — Signature of IRS officer serving the summons
_REVENUE AGENT_ — Title

Business address and telephone number of IRS officer before whom you are to appear:
110 West 44th Street, New York, N.Y. 10036

Place and time for appearance at 110 West 44th Street, New York, N.Y. 10036

**IRS** on the 3rd day of May 2002 at 10:00 o'clock a m.
Issued under authority of the Internal Revenue Code this 23rd day of April, 2002.

Department of the Treasury
Internal Revenue Service
www.irs.gov

_FT Caballes_ — Signature of issuing officer — Revenue Agent — Title
_Andrew Yoomrader Acting_ — Signature of approving officer (if applicable) — Team Manager — Title

Form 2039 (Rev 12-2001)
Catalog Number 21405J

Part A - to be given to person summoned

SDNY-00613946