**EXHIBIT K**

# Butler | Snow

April 28, 2008

**VIA FACSIMILE: (212) 637-2937**
**AND U.S. MAIL**
Lauren Goldberg, Esq.
Assistant United State Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, New York 10007

    Re:    United States v. Coplan, et al.
              (S-1) 07 Cr. 453 (SHS)

Dear Ms. Goldberg:

    We are preparing our pretrial motions, due May 5, and I would like to know if you have decided whether to agree that the venue issue with respect to Count Ten can, as I outlined in my letter to you of April 18, be jointly submitted to the Court for resolution as had been done by parties in the Reed case.

    If you do not wish to proceed in that manner, please respond to the following demand for particulars as to Count Ten:

> Specify the conduct of the defendant Vaughn which the Government will claim at trial supports the allegation that Vaughn committed the allegation crime in the Southern District of New York.

    Thank you for your continued courtesy and cooperation, and your prompt reply.

    Very truly yours,

    BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

*James B. Tucker*
By Amanda Barbour
James B. Tucker

JBT:tr

Post Office Box 22567
Jackson, MS 39225-2567

JAMES B. TUCKER
601.985.4544
james.tucker@butlersnow.com

210 East Capitol Street, 17th Floor
Jackson, MS 39201

T 601.948.5711 • F 601.985.4500 • www.butlersnow.com

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC