# EXHIBIT A



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 9, 2008

<u>BY FEDERAL EXPRESS</u>

Paula M. Junghans, Esq.               Charles Clayman, Esq.
Andrew Goldfarb, Esq.                 Brian Linder, Esq.
Zuckerman Spaeder LLP                 Clayman & Rosenberg
1800 M Street, NW                     305 Madison Avenue
Washington, D.C.  20036-5802          New York, New York 10165

James Tucker, Esq.                    John Tigue, Jr., Esq.
Peter Barrett, Esq.                   Kristy Milkov, Esq.
Butler, Snow, O'Mara, Stevens, and Cannada    Morvillo, Abramowitz, Grand,
AmSouth Plaza                             Iason, Anello & Bohrer P.C.
210 East Capitol Street               565 Fifth Avenue
Suite 1700                            New York, NY 10017
Jackson, MS 39201

Howard Heiss, Esq. (By hand)
Mark Racanelli, Esq.
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY 10036

Re:     <u>United States v. Robert Coplan, et al.</u>
                (S1) 07 Cr. 453 (SHS)

Dear Counsel:

This is the 29th letter by which we provide discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

Enclosed please find a disk containing documents recently produced by Deutsche Bank.  The documents fall in the Bates ranges DBZ 10297552 - 10298138 and DBZP 10298140 - 10298143.  As described by Deutsche Bank, this production consists of ODET tickets relating to

All Counsel                                                                                                    -2-
June 9, 2008

FX digital option and FX swap transactions, an email from Deutsche Bank Alex Brown's San
Francisco office, and other documents responsive to unspecified earlier requests for production.

       Today I will be sending over to JAGG additional documents produced recently by
UBS. The Bates range is UBSL 7027877 - 7027931. The vast majority of these documents are
emails, most (if not all) of which have been produced previously.    JAGG will copy these
documents and make them available to you.   The PO # for this order is 80067.

       We will be producing additional materials on an ongoing basis.   As always,
please feel free to contact me with any discovery problems that arise.

             Very truly yours,

             MICHAEL J. GARCIA
             United States Attorney
             Southern District of New York

By:

             DEBORAH E. LANDIS
             Assistant United States Attorney
             (212) 637-2512

Enclosure

cc:    AUSA Lauren Goldberg
       AUSA Marshall Camp