

**RECEIVED JUN 1 6 2008 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.**

LAW OFFICES
**PAUL B. BERGMAN, P.C.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

PAUL B. BERGMAN

BRIAN C. DANAHY

June 16, 2008

VIA TELECOPIER – 212-805-7924

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

        Re:    United States v. Coplan, et al,
              (S-1) 07 Cr. 453 (SHS)

Dear Judge Stein:

    I write Your Honor to request on behalf of the Vaughn defense team, a one-day extension of our time to submit a reply [to June 17] to the Government's response to the Vaughn motions. I have spoken with Ms. Goldberg, the Government's attorney, and she has no objection to this request.

    Thank you for your consideration of this applicaiton.

                              Respectfully yours,

                              Paul B. Bergman

PBB:ljr

cc:    Lauren Goldberg, Esq. – (By telecopier)

                                                   SO ORDERED 6/16/08

                                                   SIDNEY H. STEIN
                                                     U.S.D.J.

950 THIRD AVENUE, NEW YORK, N.Y. 10022-2705 • E-MAIL: berglaw@mindspring.com
TELEPHONE 212.355.7711 • TELECOPIER 212.755.5509