**<u>Ex Parte</u> communication submitted to the Court <u>in camera</u>**
**on behalf of the defendant Brian Vaughn**

**EXHIBIT A**