## SUMMARY OF FLIGHT DATA

I.   **There are no qualifying flights scheduled to depart New York/New Jersey on Thursday in March/April 2009.**

II.  **The following qualifying flights are scheduled to depart New York/New Jersey on Friday in March/April 2009:**

*Newark, NJ*

- American Airlines flight 2559 leaving 3:00 p.m. and arriving Monroe, LA at 8:19 p.m. (flight 3269) or Shreveport, LA at 8:40 p.m. (flight 3873)
- Continental flight 811 leaving 3:00 p.m. and arriving in Shreveport, LA at 7:48 p.m.
- Delta flight 845 leaving 3:25 p.m. and arriving Shreveport, LA at 7:41 p.m.
- Northwest flight 1900 leaving 4:30 p.m. and arriving Monroe, LA at 8:30 p.m.
- Delta flight 849 leaving 6:10 p.m. and arriving Monroe, LA at 10:01 p.m.

III. **The following qualifying flights are scheduled to depart West Monroe, LA and surrounding airports on Sunday in March/April 2009:**

*Monroe, LA*

- Northwest flight 3107 leaving 4:30 p.m. and arriving in Newark, NJ at 9:58 p.m. (flight 634) or Newark, NJ at 10:20 p.m. (flight 1899).
- Delta flight 4878 leaving 4:33 p.m. and arriving in Newark, NJ at 10:46 p.m. (flight 5071) or Newark, NJ at 11:56 p.m. (flight 850).
- American Airlines flight 3324 leaving 4:43 p.m. and arriving in Newark, NJ at 11:50 p.m.

*Shreveport, LA*

- Delta flight 4848 leaving 4:00 p.m. and arriving Newark, NJ at 11:56 pm.
- American Airlines flight 5732 leaving 4:20 and arriving New York (LGA) at 9:58 p.m. (flight 634) or Newark, NJ at 10:20 (flight 1899)
- Northwest flight 5829 leaving 5:00 p.m. and arriving Newark, NJ at 10:59 p.m.
- American Airlines flight 3640 leaving 5:40 p.m. and arriving in Newark, NJ at 11:50 p.m.

*Jackson, MS*

- US Airways flight 2386 leaving 5:48 p.m. and arriving in Newark, NJ at 11:03 p.m.

*Alexandria, LA*

- Northwest flight 3018 leaving 4:25 p.m. and arriving in Newark NJ at 10:20 p.m.
- Delta flight 4335 leaving 5:05 p.m. and arriving Newark, NJ at 11:56 p.m.

**EXHIBIT B**

## **GUIDELINES USED IN DETERMINING QUALIFYING FLIGHTS**

(1) Vaughn must arrive at airport approximately two hours before flight for security purposes, bag check-in, and any other contingencies.

(2) Vaughn will require one hour for de-boarding and bag retrieval upon arrival.

(3) If trial recesses on Thursday at or around 5:00 p.m., flight must depart from New York/New Jersey after 8:00 PM.

(4) If trial recesses on Friday at or around 12:00 p.m., flight must depart from New York/New Jersey after 3:00 PM.

(5) Vaughn will leave West Monroe, LA at 12:00 p.m. on Sunday. Thus, flight must depart from West Monroe, LA after 2:00 p.m.

(6) To travel from West Monroe, LA to Shreveport, LA takes approximately one and one-half hours. Thus, flight must depart from Shreveport Airport after 3:30 p.m.

The return flight from New York/New Jersey must arrive no later than 9:30 p.m. at Shreveport Airport to permit Vaughn to arrive in West Monroe before mid-night.

(7) To travel from West Monroe, LA to New Orleans, LA takes approximately four and one-half hours. Thus, flight must depart from New Orleans Airport after 6:30 p.m.

The return flight from New York/New Jersey must arrive no later than 6:30 p.m. at New Orleans Airport to permit Vaughn to arrive in West Monroe, LA before mid-night.

(8) To travel from West Monroe, LA to Jackson, MS takes approximately two hours. Thus, flight must depart from Jackson Airport after 4:00 p.m.

The return flight from New York/New Jersey must arrive no later than 9:00 p.m. at Jackson Airport to permit Vaughn to arrive in West Monroe, LA before mid-night.

(9) To travel from West Monroe, LA to Alexandria, LA takes approximately two hours and fifteen minutes. Thu, flight must depart from Alexandria Airport after 4:15 p.m.

The return flight from New York/New Jersey must arrive no later than 8:45 p.m. at Alexandria Airport to permit Vaughn to arrive in West Monroe, LA before mid-night.

Jackson 3005700v.1

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | Departure Location | Date of Departure | Airline | Flight No. | Dep. Time | Connecting City | Connecting Flight No. | Arrival Location | Arrival Time |
| 1 | | | | | | | | | |
| 2 | Newark, NJ | Thu 3/5/09 | NW | 1898 | 6:35 AM | Memphis | 3106 | Monroe, LA | 11:10 AM |
| 3 | Newark, NJ | Thu 3/5/09 | Delta | 835 | 7:15 AM | Atlanta (Hartsfield) | 4681 | Monroe, LA | 11:55 AM |
| 4 | Newark, NJ | Thu 3/5/09 | Continental | 1011 | 8:50 AM | Houston (IAH) | 9518 | Monroe, LA | 3:03 PM |
| 5 | Newark, NJ | Thu 3/5/09 | AA | 1705 | 10:00 AM | Dallas-Fort Worth Intl. | 3323 | Monroe, LA | 3:59 PM |
| 6 | Newark, NJ | Thu 3/5/09 | Delta | 841 | 12:55 PM | Atlanta (Hartsfield) | 4878 | Monroe, LA | 4:33 PM |
| 7 | Newark, NJ | Thu 3/5/09 | AA | 879 | 1:20 PM | Dallas-Fort Worth Intl. | 3269 | Monroe, LA | 8:19 PM |
| 8 | Newark, NJ | Thu 3/5/09 | Continental | 23 | 1:35 PM | Houston (IAH) | 2418 | Monroe, LA | 7:54 PM |
| 9 | Newark, NJ | Thu 3/5/09 | AA | 2559 | 3:00 PM | Dallas-Fort Worth Intl. | 3269 | Monroe, LA | 8:19 PM |
| 10 | Newark, NJ | Thu 3/5/09 | NW | 1900 | 4:30 PM | Memphis | 3110 | Monroe, LA | 8:30 PM |
| 11 | Newark, NJ | Thu 3/5/09 | Delta | 847 | 4:45 PM | Atlanta (Hartsfield) | 4474 | Monroe, LA | 10:01 PM |
| 12 | New York (LGA) | Thu 3/5/09 | Delta | 927 | 5:55 PM | Atlanta (Hartsfield) | 4474 | Monroe, LA | 10:01 PM |
| 13 | Newark, NJ | Thu 3/5/09 | Delta | 849 | 6:10 PM | Atlanta (Hartsfield) | 4474 | Monroe, LA | 10:01 PM |
| 14 | New York (LGA) | Thu. 3/12/09 | Continental | 633 | 5:50 AM | Houston (IAH) | 9516 | Monroe, LA | 12:10 PM |
| 15 | New York (LGA) | Thu. 3/12/09 | Delta | 19 | 6:00 AM | Atlanta (Hartsfield) | 1723 | New Orleans, LA | 10:26 AM |
| 16 | New York (LGA) | Thu. 3/12/09 | AA | 701 | 6:00 AM | Dallas-Fort Worth Intl. | 3713 | Jackson, MS | 12:40 PM |
| 17 | Newark, NJ | Thu. 3/12/09 | Delta | 833 | 6:00 AM | Atlanta (Hartsfield) | 4362 | Alexandria, LA | 11:43 AM |
| 18 | Newark, NJ | Thu. 3/12/09 | Delta | 833 | 6:00 AM | Atlanta (Hartsfield) | 4479 | Shreveport, LA | 12:03 PM |
| 19 | Newark, NJ | Thu. 3/12/09 | Delta | 833 | 6:00 AM | Atlanta (Hartsfield) | 4681 | Monroe, LA | 11:55 AM |
| 20 | New York (LGA) | Thu. 3/12/09 | Delta | 1043 | 6:10 AM | Atlanta (Hartsfield) | 1723 | New Orleans, LA | 10:26 AM |
| 21 | Newark, NJ | Thu. 3/12/09 | AA | 365 | 6:25 AM | Dallas-Fort Worth Intl. | 3209 | Alexandria, LA | 2:25 PM |
| 22 | Newark, NJ | Thu. 3/12/09 | AA | 365 | 6:25 AM | Dallas-Fort Worth Intl. | 3267 | Shreveport, LA | 1:51 PM |
| 23 | Newark, NJ | Thu. 3/12/09 | NW | 1898 | 6:35 AM | Memphis | 3015 | Alexandria, LA | 11:10 AM |
| 24 | Newark, NJ | Thu. 3/12/09 | NW | 1898 | 6:35 AM | Memphis | 3106 | Monroe, LA | 11:10 AM |
| 25 | Newark, NJ | Thu. 3/12/09 | NW | 1898 | 6:35 AM | Memphis | 5730 | Shreveport, LA | 10:45 AM |
| 26 | New York (LGA) | Thu. 3/12/09 | AA | 705 | 6:45 AM | Dallas-Fort Worth Intl. | 3713 | Jackson, MS | 12:40 PM |
| 27 | New York (LGA) | Thu. 3/12/09 | AA | 707 | 7:00 AM | Dallas-Fort Worth Intl. | 3713 | Jackson, MS | 12:40 PM |
| 28 | Newark, NJ | Thu. 3/12/09 | Delta | 835 | 7:15 AM | Atlanta (Hartsfield) | 4362 | Alexandria, LA | 11:43 AM |
| 29 | Newark, NJ | Thu. 3/12/09 | Delta | 835 | 7:15 AM | Atlanta (Hartsfield) | 4681 | Monroe, LA | 11:55 AM |
| 30 | New York (LGA) | Thu. 3/12/09 | Continental | 733 | 7:20 AM | Houston (IAH) | 9516 | Monroe, LA | 12:10 PM |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 31 | New York (LGA) | Thu. 3/12/09 | AA | 305 | 7:25 AM | Chicago (ORD) | 4079 | Jackson, MS | 1:20 PM |
| 32 | New York (LGA) | Thu. 3/12/09 | Delta | 1491 | 7:30 AM | Non-Stop | 1491ns | New Orleans, LA | 9:45 AM |
| 33 | New York (LGA) | Thu. 3/12/09 | Delta | 905 | 7:55 AM | Atlanta (Hartsfield) | 4362 | Alexandria, LA | 11:43 AM |
| 34 | New York (LGA) | Thu. 3/12/09 | AA | 309 | 8:15 AM | Chicago (ORD) | 4079 | Jackson, MS | 1:20 PM |
| 35 | New York (LGA) | Thu. 3/12/09 | US Airways | 899 | 8:15 AM | Charlotte | 2377 | Jackson, MS | 11:58 AM |
| 36 | New York (LGA) | Thu. 3/12/09 | AA | 313 | 8:55 AM | Chicago (ORD) | 4079 | Jackson, MS | 1:20 PM |
| 37 | New York (LGA) | Thu. 3/12/09 | Delta | 907 | 8:55 AM | Atlanta (Hartsfield) | 1821delt | Jackson, MS | 2:06 PM |
| 38 | Newark, NJ | Thu. 3/12/09 | NW | 6915 | 9:00 AM | Memphis | 3017 | Alexandria, LA | 3:46 PM |
| 39 | Newark, NJ | Thu. 3/12/09 | NW | 6915 | 9:00 AM | Memphis | 5735 | Shreveport, LA | 3:35 PM |
| 40 | Newark, NJ | Thu. 3/12/09 | NW | 657 | 9:15 AM | Memphis | 3017 | Alexandria, LA | 3:46 PM |
| 41 | New York (LGA) | Thu. 3/12/09 | AA | 721 | 9:55 AM | Dallas-Fort Worth Intl. | 3509 | Jackson, MS | 4:40 PM |
| 42 | Newark, NJ | Thu. 3/12/09 | AA | 1705 | 10:00 AM | Dallas-Fort Worth Intl. | 3323 | Monroe, LA | 3:59 PM |
| 43 | Newark, NJ | Thu. 3/12/09 | AA | 1705 | 10:00 AM | Dallas-Fort Worth Intl. | 3547 | Shreveport, LA | 2:45 PM |
| 44 | Newark, NJ | Thu. 3/12/09 | Continental | 303 | 10:40 AM | Houston (IAH) | 5614 | Alexandria, LA | 4:39 PM |
| 45 | Newark, NJ | Thu. 3/12/09 | Continental | 516 | 10:50 AM | Cincinnati (Cincinnati N | 516ns | New Orleans, LA | 1:15 PM |
| 46 | New York (LGA) | Thu. 3/12/09 | Delta | 913 | 10:55 AM | Atlanta (Hartsfield) | 1271 | New Orleans, LA | 2:54 PM |
| 47 | New York (LGA) | Thu. 3/12/09 | AA | 731 | 11:00 AM | Dallas-Fort Worth Intl. | 3509 | Jackson, MS | 4:40 PM |
| 48 | New York (LGA) | Thu. 3/12/09 | NW | 633 | 11:11 AM | Memphis | 5941 | Jackson, MS | 3:25 PM |
| 49 | Newark, NJ | Thu. 3/12/09 | NW | 6837 | 11:15 AM | Chicago (ORD) | 351 | New Orleans, LA | 2:58 PM |
| 50 | Newark, NJ | Thu. 3/12/09 | NW | 6837 | 11:15 AM | Memphis | 3017 | Alexandria, LA | 3:46 PM |
| 51 | Newark, NJ | Thu. 3/12/09 | NW | 6837 | 11:15 AM | Memphis | 3108 | Monroe, LA | 4:00 PM |
| 52 | Newark, NJ | Thu. 3/12/09 | NW | 6837 | 11:15 AM | Memphis | 5735 | Shreveport, LA | 3:35 PM |
| 53 | Newark, NJ | Thu. 3/12/09 | Delta | 839 | 11:30 AM | Atlanta (Hartsfield) | 4368 | Alexandria, LA | 4:40 PM |
| 54 | Newark, NJ | Thu. 3/12/09 | Delta | 839 | 11:30 AM | Atlanta (Hartsfield) | 4878 | Monroe, LA | 4:58 PM |
| 55 | Newark, NJ | Thu. 3/12/09 | Delta | 839 | 11:30 AM | Atlanta (Hartsfield) | 4881 | Shreveport, LA | 3:37 PM |
| 56 | New York (LGA) | Thu. 3/12/09 | AA | 739 | 11:35 AM | Dallas-Fort Worth Intl. | 3809 | Jackson, MS | 6:30 PM |
| 57 | Newark, NJ | Thu. 3/12/09 | AA | 1533 | 11:35 AM | Dallas-Fort Worth Intl. | 3755 | Shreveport, LA | 5:10 PM |
| 58 | New York (LGA) | Thu. 3/12/09 | Continental | 1833 | 11:45 AM | Houston (IAH) | 2181 | Monroe, LA | 4:42 PM |
| 59 | New York (LGA) | Thu. 3/12/09 | Continental | 1833 | 11:45 AM | Houston (IAH) | 5614 | Alexandria, LA | 4:39 PM |
| 60 | New York (LGA) | Thu. 3/12/09 | Delta | 915 | 11:55 AM | Atlanta (Hartsfield) | 711 | New Orleans, LA | 4:13 PM |
| 61 | New York (LGA) | Thu. 3/12/09 | Delta | 915 | 11:55 AM | Atlanta (Hartsfield) | 1562 | New Orleans, LA | 5:15 PM |
| 62 | New York (LGA) | Thu. 3/12/09 | Delta | 915 | 11:55 AM | Atlanta (Hartsfield) | 4675 | Jackson, MS | 4:25 PM |
| 63 | Newark, NJ | Thu. 3/12/09 | Continental | 411 | 12:00 PM | Charlotte | 323 | New Orleans, LA | 4:49 PM |
| 64 | New York (JFK) | Thu. 3/12/09 | US Airways | 3117 | 12:10 PM | Charlotte | 2441 | Jackson, MS | 5:02 PM |
| 65 | Newark, NJ | Thu. 3/12/09 | NW | 651 | 12:30 PM | Detroit | 5828 | Shreveport, LA | 4:41 PM |
| 66 | New York (LGA) | Thu. 3/12/09 | AA | 743 | 12:50 PM | Dallas-Fort Worth Intl. | 3809 | Jackson, MS | 6:30 PM |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 67 | Newark, NJ | Thu. 3/12/09 | Delta | 841 | 12:55 PM | Atlanta (Hartsfield) | 4368 | Alexandria, LA | 4:40 PM |
| 68 | Newark, NJ | Thu. 3/12/09 | Delta | 841 | 12:55 PM | Atlanta (Hartsfield) | 4675 | Jackson, MS | 4:25 PM |
| 69 | Newark, NJ | Thu. 3/12/09 | Delta | 841 | 12:55 PM | Atlanta (Hartsfield) | 4878 | Monroe, LA | 4:58 PM |
| 70 | New York (LGA) | Thu. 3/12/09 | Delta | 917 | 12:55 PM | Atlanta (Hartsfield) | 1562 | New Orleans, LA | 5:15 PM |
| 71 | Newark, NJ | Thu. 3/12/09 | AA | 879 | 1:20 PM | Dallas-Fort Worth Intl. | 3269 | Monroe, LA | 8:19 PM |
| 72 | Newark, NJ | Thu. 3/12/09 | AA | 2559 | 3:00 PM | Dallas-Fort Worth Intl. | 3269 | Monroe, LA | 8:19 PM |
| 73 | Newark, NJ | Thu. 3/12/09 | Delta | 845 | 3:25 PM | Atlanta (Hartsfield) | 4537 | Shreveport, LA | 7:41 PM |
| 74 | Newark, NJ | Thu. 3/12/09 | NW | 1900 | 4:30 PM | Memphis | 3019 | Alexandria, LA | 9:16 PM |
| 75 | Newark, NJ | Thu. 3/12/09 | NW | 1900 | 4:30 PM | Memphis | 3110 | Monroe, LA | 8:30 PM |
| 76 | Newark, NJ | Thu. 3/12/09 | Delta | 847 | 4:45 PM | Atlanta (Hartsfield) | 4207 | Alexandria, LA | 9:58 PM |
| 77 | New York (LGA) | Thu. 3/12/09 | Continental | 1433 | 5:24 PM | Houston (IAH) | 2803 | Shreveport, LA | 9:55 PM |
| 78 | Newark, NJ | Thu. 3/12/09 | Delta | 849 | 6:10 PM | Atlanta (Hartsfield) | 4474 | Monroe, LA | 10:01 PM |
| 79 | Newark, NJ | Thu. 3/12/09 | Delta | 849 | 6:10 PM | Atlanta (Hartsfield) | 4763 | Shreveport, LA | 10:22 PM |
| 80 | New York (JFK) | Thu. 3/12/09 | Delta | 5619 | 6:40 PM | Non-Stop Flight | 5619ns | Jackson, MS | 10:15 PM |
| 81 | Newark, NJ | Thu. 3/12/09 | Continental | 816 | 8:45 PM | Non-Stop | 816ns | New Orleans, LA | 11:31 PM |
| 82 | New York (LGA) | Fri. 3/6/09 | Continental | 633 | 5:50 AM | Houston (IAH) | 9516 | Monroe, LA | 12:10 PM |
| 83 | Newark, NJ | Fri. 3/6/09 | Delta | 833 | 6:00 AM | Atlanta (Hartsfield) | 4681 | Monroe, LA | 11:55 AM |
| 84 | Newark, NJ | Fri. 3/6/09 | NW | 1898 | 6:35 AM | Memphis | 3106 | Monroe, LA | 11:10 AM |
| 85 | Newark, NJ | Fri. 3/6/09 | Delta | 835 | 7:15 AM | Atlanta (Hartsfield) | 4681 | Monroe, LA | 11:55 AM |
| 86 | Newark, NJ | Fri. 3/6/09 | AA | 1705 | 10:00 AM | Dallas-Fort Worth Intl. | 3323 | Monroe, LA | 3:59 PM |
| 87 | Newark, NJ | Fri. 3/6/09 | Delta | 839 | 11:30 AM | Atlanta (Hartsfield) | 4878 | Monroe, LA | 4:33 PM |
| 88 | New York (LGA) | Fri. 3/6/09 | Continental | 1833 | 11:45 AM | Houston (IAH) | 2181 | Monroe, LA | 4:42 PM |
| 89 | Newark, NJ | Fri. 3/6/09 | Delta | 841 | 12:55 PM | Atlanta (Hartsfield) | 4878 | Monroe, LA | 4:33 PM |
| 90 | Newark, NJ | Fri. 3/6/09 | AA | 879 | 1:20 PM | Dallas-Fort Worth Intl. | 3269 | Monroe, LA | 8:19 PM |
| 91 | Newark, NJ | Fri. 3/6/09 | AA | 2559 | 3:00 PM | Dallas-Fort Worth Intl. | 3269 | Monroe, LA | 8:19 PM |
| 92 | Newark, NJ | Fri. 3/6/09 | NW | 1900 | 4:30 PM | Memphis | 3110 | Monroe, LA | 8:30 PM |
| 93 | Newark, NJ | Fri. 3/6/09 | Delta | 849 | 6:10 PM | Atlanta (Hartsfield) | 4474 | Monroe, LA | 10:01 PM |
| 94 | New York (LGA) | Fri. 3/13/09 | Continental | 633 | 5:50 AM | Houston (IAH) | 9516 | Monroe, LA | 12:10 PM |
| 95 | New York (LGA) | Fri. 3/13/09 | Delta | 19 | 6:00 AM | Atlanta (Hartsfield) | 1723 | New Orleans, LA | 10:26 AM |
| 96 | New York (LGA) | Fri. 3/13/09 | AA | 701 | 6:00 AM | Dallas-Fort Worth Intl. | 3713 | Jackson, MS | 12:40 PM |
| 97 | Newark, NJ | Fri. 3/13/09 | Delta | 833 | 6:00 AM | Atlanta (Hartsfield) | 4362 | Alexandria, LA | 11:43 AM |
| 98 | Newark, NJ | Fri. 3/13/09 | Delta | 833 | 6:00 AM | Atlanta (Hartsfield) | 4681 | Monroe, LA | 11:55 AM |
| 99 | Newark, NJ | Fri. 3/13/09 | NW | 658 | 6:10 AM | Memphis | 3017 | Alexandria, LA | 3:46 PM |
| 100 | Newark, NJ | Fri. 3/13/09 | AA | 365 | 6:25 AM | Dallas-Fort Worth Intl. | 3267 | Shreveport, LA | 1:51 PM |
| 101 | Newark, NJ | Fri. 3/13/09 | AA | 365 | 6:25 AM | Dallas-Fort Worth Intl. | 3491 | Shreveport, LA | 11:00 AM |
| 102 | New York (LGA) | Fri. 3/13/09 | Continental | 333 | 6:30 AM | Houston (IAH) | 9516 | Monroe, LA | 12:10 PM |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 103 | Newark, NJ | Fri. 3/13/09 | NW | 1898 | 6:35 AM | Memphis | 3015 | Alexandria, LA | 11:10 AM |
| 104 | Newark, NJ | Fri. 3/13/09 | NW | 1898 | 6:35 AM | Memphis | 3106 | Monroe, LA | 11:10 AM |
| 105 | Newark, NJ | Fri. 3/13/09 | NW | 1898 | 6:35 AM | Memphis | 5730 | Shreveport, LA | 10:45 AM |
| 106 | New York (LGA) | Fri. 3/13/09 | AA | 705 | 6:45 AM | Dallas-Fort Worth Intl. | 3713 | Jackson, MS | 12:40 PM |
| 107 | New York (LGA) | Fri. 3/13/09 | AA | 707 | 7:00 AM | Dallas-Fort Worth Intl. | 3713 | Jackson, MS | 12:40 PM |
| 108 | Newark, NJ | Fri. 3/13/09 | Continental | 716 | 7:00 AM | Non-Stop | 716ns | New Orleans, LA | 9:35 AM |
| 109 | Newark, NJ | Fri. 3/13/09 | Delta | 835 | 7:15 AM | Atlanta (Hartsfield) | 4362 | Alexandria, LA | 11:43 AM |
| 110 | Newark, NJ | Fri. 3/13/09 | Delta | 835 | 7:15 AM | Atlanta (Hartsfield) | 4681 | Monroe, LA | 11:55 AM |
| 111 | Newark, NJ | Fri. 3/13/09 | NW | 659 | 7:20 AM | Memphis | 3017 | Alexandria, LA | 3:46 PM |
| 112 | New York (LGA) | Fri. 3/13/09 | Delta | 1491 | 7:30 AM | Non-Stop | 1491ns | New Orleans, LA | 9:45 AM |
| 113 | New York (LGA) | Fri. 3/13/09 | Delta | 905 | 7:55 AM | Atlanta (Hartsfield) | 1873 | New Orleans, LA | 12:29 PM |
| 114 | New York (LGA) | Fri. 3/13/09 | Delta | 905 | 7:55 AM | Atlanta (Hartsfield) | 4362 | Alexandria, LA | 11:43 AM |
| 115 | New York (LGA) | Fri. 3/13/09 | US Airways | 899 | 8:15 AM | Charlotte | 2377 | Jackson, MS | 11:58 AM |
| 116 | New York (LGA) | Fri. 3/13/09 | Delta | 907 | 8:55 AM | Atlanta (Hartsfield) | 1821delt | Jackson, MS | 2:06 PM |
| 117 | Newark, NJ | Fri. 3/13/09 | NW | 6915 | 9:00 AM | Memphis | 5735 | Shreveport, LA | 3:35 PM |
| 118 | New York (LGA) | Fri. 3/13/09 | AA | 721 | 9:55 AM | Dallas-Fort Worth Intl. | 3509 | Jackson, MS | 4:40 PM |
| 119 | New York (LGA) | Fri. 3/13/09 | Delta | 909 | 9:55 AM | Atlanta (Hartsfield) | 1821delt | Jackson, MS | 2:06 PM |
| 120 | New York (LGA) | Fri. 3/13/09 | Delta | 913 | 10:55 AM | Atlanta (Hartsfield) | 1271 | New Orleans, LA | 2:54 PM |
| 121 | New York (LGA) | Fri. 3/13/09 | AA | 731 | 11:00 AM | Dallas-Fort Worth Intl. | 3509 | Jackson, MS | 4:40 PM |
| 122 | New York (LGA) | Fri. 3/13/09 | NW | 633 | 11:11 AM | Memphis | 5941 | Jackson, MS | 3:25 PM |
| 123 | Newark, NJ | Fri. 3/13/09 | NW | 6837 | 11:15 AM | Memphis | 3108 | Monroe, LA | 4:00 PM |
| 124 | Newark, NJ | Fri. 3/13/09 | NW | 6837 | 11:15 AM | Memphis | 5735 | Shreveport, LA | 3:35 PM |
| 125 | Newark, NJ | Fri. 3/13/09 | Delta | 839 | 11:30 AM | Atlanta (Hartsfield) | 4368 | Alexandria, LA | 4:40 PM |
| 126 | Newark, NJ | Fri. 3/13/09 | Delta | 839 | 11:30 AM | Atlanta (Hartsfield) | 4878 | Monroe, LA | 4:58 PM |
| 127 | Newark, NJ | Fri. 3/13/09 | Delta | 839 | 11:30 AM | Atlanta (Hartsfield) | 4881 | Shreveport, LA | 3:37 PM |
| 128 | Newark, NJ | Fri. 3/13/09 | AA | 1533 | 11:35 AM | Dallas-Fort Worth Intl. | 3211 | Alexandria, LA | 7:39 PM |
| 129 | Newark, NJ | Fri. 3/13/09 | AA | 1533 | 11:35 AM | Dallas-Fort Worth Intl. | 3755 | Shreveport, LA | 5:10 PM |
| 130 | New York (JFK) | Fri. 3/13/09 | Delta | 241 | 11:45 AM | Atlanta (Hartsfield) | 4675 | Jackson, MS | 4:25 PM |
| 131 | New York (LGA) | Fri. 3/13/09 | Continental | 1833 | 11:45 AM | Houston (IAH) | 2181 | Monroe, LA | 4:42 PM |
| 132 | New York (LGA) | Fri. 3/13/09 | Continental | 1833 | 11:45 AM | Houston (IAH) | 5614 | Alexandria, LA | 4:39 PM |
| 133 | New York (LGA) | Fri. 3/13/09 | Delta | 915 | 11:55 AM | Atlanta (Hartsfield) | 711 | New Orleans, LA | 4:13 PM |
| 134 | New York (LGA) | Fri. 3/13/09 | Delta | 915 | 11:55 AM | Atlanta (Hartsfield) | 4675 | Jackson, MS | 4:25 PM |
| 135 | Newark, NJ | Fri. 3/13/09 | NW | 651 | 12:30 PM | Detroit | 5828 | Shreveport, LA | 4:41 PM |
| 136 | New York (LGA) | Fri. 3/13/09 | AA | 743 | 12:50 PM | Dallas-Fort Worth Intl. | 3809 | Jackson, MS | 6:30 PM |
| 137 | Newark, NJ | Fri. 3/13/09 | Delta | 841 | 12:55 PM | Atlanta (Hartsfield) | 4368 | Alexandria, LA | 4:40 PM |
| 138 | Newark, NJ | Fri. 3/13/09 | Delta | 841 | 12:55 PM | Atlanta (Hartsfield) | 4675 | Jackson, MS | 4:25 PM |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 139 | Newark, NJ | Fri. 3/13/09 | Delta | 841 | 12:55 PM | Atlanta (Hartsfield) | 4878 | Monroe, LA | 4:58 PM |
| 140 | Newark, NJ | Fri. 3/13/09 | AA | 879 | 1:20 PM | Dallas-Fort Worth Intl. | 3497 | Shreveport, LA | 7:00 PM |
| 141 | Newark, NJ | Fri. 3/13/09 | AA | 879 | 1:20 PM | Dallas-Fort Worth Intl. | 3517 | Shreveport, LA | 6:15 PM |
| 142 | Newark, NJ | Fri. 3/13/09 | Continental | 23 | 1:35 PM | Houston (IAH) | 9528 | Shreveport, LA | 6:35 PM |
| 143 | Newark, NJ | Fri. 3/13/09 | Continental | 811 | 3:00 PM | Houston (IAH) | 2731 | Shreveport, LA | 7:48 PM |
| 144 | Newark, NJ | Fri. 3/13/09 | AA | 2559 | 3:00 PM | Dallas-Fort Worth Intl. | 3269 | Monroe, LA | 8:19 PM |
| 145 | Newark, NJ | Fri. 3/13/09 | AA | 2559 | 3:00 PM | Dallas-Fort Worth Intl. | 3873 | Shreveport, LA | 8:40 PM |
| 146 | New York (LGA) | Fri. 3/13/09 | AA | 753 | 3:10 PM | Dallas-Fort Worth Intl. | 3749 | Jackson, MS | 9:15 PM |
| 147 | Newark, NJ | Fri. 3/13/09 | Delta | 845 | 3:25 PM | Atlanta (Hartsfield) | 4537 | Shreveport, LA | 7:41 PM |
| 148 | New York (JFK) | Fri. 3/13/09 | Delta | 923 | 3:55 PM | Atlanta (Hartsfield) | 1253 | New Orleans, LA | 8:08 PM |
| 149 | New York (JFK) | Fri. 3/13/09 | Continental | 709 | 4:15 PM | Houston (IAH) | 5528 | Alexandria, LA | 10:00 PM |
| 150 | Newark, NJ | Fri. 3/13/09 | NW | 1900 | 4:30 PM | Memphis | 3019 | Alexandria, LA | 9:16 PM |
| 151 | Newark, NJ | Fri. 3/13/09 | NW | 1900 | 4:30 PM | Memphis | 3110 | Monroe, LA | 8:30 PM |
| 152 | Newark, NJ | Fri. 3/13/09 | Delta | 847 | 4:45 PM | Atlanta (Hartsfield) | 4207 | Alexandria, LA | 9:58 PM |
| 153 | Newark, NJ | Fri. 3/13/09 | Delta | 849 | 6:10 PM | Atlanta (Hartsfield) | 4474 | Monroe, LA | 10:01 PM |
| 154 | Newark, NJ | Fri. 3/13/09 | Delta | 849 | 6:10 PM | Atlanta (Hartsfield) | 4763 | Shreveport, LA | 10:22 PM |
| 155 | New York (JFK) | Fri. 3/13/09 | Delta | 5619 | 6:40 PM | Non-Stop Flight | 5619ns | Jackson, MS | 10:15 PM |
| 156 | Newark, NJ | Fri. 3/13/09 | Continental | 816 | 8:45 PM | Non-Stop | 816ns | New Orleans, LA | 11:31 PM |

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Departure Location | Date of Departure | Airline | Flight No. | Dep. Time | Connecting City | Connecting Flight No. | Arrival Location | Arrival Time |
| 2 | Monroe, LA | Sun. 3/1/2009 | Continental | 2102 | 5:35 AM | Houston (IAH) | 52 | Newark, NJ | 12:24 PM |
| 3 | Monroe, LA | Sun. 3/1/2009 | Delta | 4480 | 6:20 AM | Atlanta (Hartsfield) | 836 | Newark, NJ | 12:09 PM |
| 4 | Monroe, LA | Sun. 3/1/2009 | NW | 3109 | 6:30 AM | Memphis | 630 | Newark, NJ | 11:59 AM |
| 5 | Monroe, LA | Sun. 3/1/2009 | NW | 3109 | 6:30 AM | Memphis | 5371 | Newark, NJ | 3:15 PM |
| 6 | Monroe, LA | Sun. 3/1/2009 | AA | 3264 | 7:05 AM | Dallas-Fort Worth Intl. | 1874 | Newark, NJ | 2:45 PM |
| 7 | Monroe, LA | Sun. 3/1/2009 | AA | 3228 | 10:55 AM | Dallas-Fort Worth Intl. | 1432 | Newark, NJ | 6:45 PM |
| 8 | Monroe, LA | Sun. 3/1/2009 | NW | 3105 | 11:35 AM | Memphis | 632 | Newark, NJ | 5:44 PM |
| 9 | Monroe, LA | Sun. 3/1/2009 | NW | 3105 | 11:35 AM | Detroit | 648 | Newark, NJ | 6:52 PM |
| 10 | Monroe, LA | Sun. 3/1/2009 | Delta | 4510 | 12:25 PM | Atlanta (Hartsfield) | 918 | New York (LGA) | 6:11 PM |
| 11 | Monroe, LA | Sun. 3/1/2009 | Delta | 4510 | 12:25 PM | Atlanta (Hartsfield) | 844 | Newark, NJ | 7:53 PM |
| 12 | Monroe, LA | Sun. 3/1/2009 | Delta | 4510 | 12:25 PM | Atlanta (Hartsfield) | 846 | Newark, NJ | 8:59 PM |
| 13 | Monroe, LA | Sun. 3/1/2009 | NW | 3107 | 4:30 PM | Memphis | 634 | Newark, NJ | 9:58 PM |
| 14 | Monroe, LA | Sun. 3/1/2009 | NW | 3107 | 4:30 PM | Memphis | 1899 | Newark, NJ | 10:20 PM |
| 15 | Monroe, LA | Sun. 3/1/2009 | Delta | 4878 | 4:33 PM | Atlanta (Hartsfield) | 5071 | Newark, NJ | 10:46 PM |
| 16 | Monroe, LA | Sun. 3/1/2009 | Delta | 4878 | 4:33 PM | Atlanta (Hartsfield) | 850 | Newark, NJ | 11:56 PM |
| 17 | Monroe, LA | Sun. 3/1/2009 | AA | 3324 | 4:43 PM | Dallas-Fort Worth Intl. | 1162 | Newark, NJ | 11:50 PM |
| 18 | Monroe, LA | Sun. 3/8/2009 | Continental | 2102 | 5:35 AM | Houston (IAH) | 332 | New York (LGA) | 12:03 PM |
| 19 | New Orleans, LA | Sun. 3/8/2009 | Delta | 1777 | 6:00 AM | Atlanta (Hartsfield) | 906 | New York (LGA) | 11:59 AM |
| 20 | Jackson, MS | Sun. 3/8/2009 | Delta | 4616 | 6:00 AM | Atlanta (Hartsfield) | 906 | New York (LGA) | 11:59 AM |
| 21 | Jackson, MS | Sun. 3/8/2009 | US Airways | 2422 | 6:00 AM | Philadelphia Intl. | 2484 | New York (LGA) | 12:53 PM |
| 22 | Jackson, MS | Sun. 3/8/2009 | US Airways | 2422 | 6:00 AM | Philadelphia Intl. | 4478 | New York (LGA) | 1:22 PM |
| 23 | Jackson, MS | Sun. 3/8/2009 | AA | 3750 | 6:05 AM | Dallas-Fort Worth Intl. | 712 | New York (LGA) | 2:30 PM |
| 24 | Jackson, MS | Sun. 3/8/2009 | AA | 3750 | 6:05 AM | Dallas-Fort Worth Intl. | 710 | New York (LGA) | 10:08 PM |
| 25 | Alexandria, LA | Sun. 3/8/2009 | NW | 3014 | 6:10 AM | Memphis | 630 | New York (LGA) | 11:59 AM |
| 26 | Jackson, MS | Sun. 3/8/2009 | Continental | 2231 | 6:10 AM | Houston (IAH) | 52 | Newark, NJ | 12:24 PM |
| 27 | Alexandria, LA | Sun. 3/8/2009 | Delta | 4717 | 6:15 AM | Atlanta (Hartsfield) | 906 | New York (LGA) | 11:59 AM |
| 28 | Shreveport, LA | Sun. 3/8/2009 | Continental | 2618 | 6:15 AM | Houston (IAH) | 332 | New York (LGA) | 12:03 PM |
| 29 | Alexandria, LA | Sun. 3/8/2009 | Delta | 4717 | 6:15 AM | Atlanta (Hartsfield) | 836 | Newark, NJ | 12:09 PM |
| 30 | Shreveport, LA | Sun. 3/8/2009 | Continental | 2618 | 6:15 AM | Houston (IAH) | 818 | New York (JFK) | 12:33 PM |
| 31 | New Orleans, LA | Sun. 3/8/2009 | Continental | 817 | 6:20 AM | Non-Stop | 817ns | Newark, NJ | 10:15 AM |
| 32 | New Orleans, LA | Sun. 3/8/2009 | NW | 348 | 6:20 AM | Memphis | 630 | New York (LGA) | 11:59 AM |
| 33 | Monroe, LA | Sun. 3/8/2009 | Delta | 4480 | 6:20 AM | Atlanta (Hartsfield) | 836 | Newark, NJ | 12:09 PM |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 34 | Shreveport, LA | Sun. 3/8/2009 | NW | 5734 | 6:30 AM | Memphis | 5731 | Newark, NJ | 11:35 AM |
| 35 | Shreveport, LA | Sun. 3/8/2009 | NW | 5734 | 6:30 AM | Memphis | 630 | New York (LGA) | 11:59 AM |
| 36 | Monroe, LA | Sun. 3/8/2009 | NW | 3109 | 6:30 AM | Memphis | 5371 | Newark, NJ | 3:15 PM |
| 37 | Shreveport, LA | Sun. 3/8/2009 | NW | 5734 | 6:30 AM | Memphis | 5371 | Newark, NJ | 3:15 PM |
| 38 | Jackson, MS | Sun. 3/8/2009 | NW | 5940 | 6:35 AM | Memphis | 630 | New York (LGA) | 11:59 AM |
| 39 | Alexandria, LA | Sun. 3/8/2009 | Continental | 2046 | 6:35 AM | Houston (IAH) | 52 | Newark, NJ | 12:24 PM |
| 40 | Alexandria, LA | Sun. 3/8/2009 | Continental | 2046 | 6:35 AM | Houston (IAH) | 818 | New York (JFK) | 12:33 PM |
| 41 | New Orleans, LA | Sun. 3/8/2009 | AA | 1669 | 6:45 AM | Dallas-Fort Worth Intl. | 710 | New York (LGA) | 1:25 PM |
| 42 | Alexandria, LA | Sun. 3/8/2009 | AA | 3233 | 6:50 AM | Dallas-Fort Worth Intl. | 1874 | Newark, NJ | 2:45 PM |
| 43 | Jackson, MS | Sun. 3/8/2009 | Delta | 1720 | 7:05 AM | Atlanta (Hartsfield) | 908 | New York (LGA) | 12:59 PM |
| 44 | Jackson, MS | Sun. 3/8/2009 | Delta | 1720 | 7:05 AM | Atlanta (Hartsfield) | 910 | New York (LGA) | 1:59 PM |
| 45 | Monroe, LA | Sun. 3/8/2009 | AA | 3264 | 7:05 AM | Dallas-Fort Worth Intl. | 1874 | Newark, NJ | 2:45 PM |
| 46 | Shreveport, LA | Sun. 3/8/2009 | Delta | 4884 | 7:15 AM | Atlanta (Hartsfield) | 840 | Newark, NJ | 2:42 PM |
| 47 | New Orleans, LA | Sun. 3/8/2009 | Delta | 1633 | 7:25 AM | Atlanta (Hartsfield) | 908 | New York (LGA) | 12:59 PM |
| 48 | New Orleans, LA | Sun. 3/8/2009 | Delta | 1633 | 7:25 AM | Atlanta (Hartsfield) | 910 | New York (LGA) | 1:59 PM |
| 49 | Shreveport, LA | Sun. 3/8/2009 | Delta | 4485 | 8:30 AM | Atlanta (Hartsfield) | 840 | Newark, NJ | 2:42 PM |
| 50 | New Orleans, LA | Sun. 3/8/2009 | Delta | 1222 | 8:40 AM | Atlanta (Hartsfield) | 910 | New York (LGA) | 1:59 PM |
| 51 | New Orleans, LA | Sun. 3/8/2009 | Delta | 1222 | 8:40 AM | Atlanta (Hartsfield) | 912 | New York (LGA) | 3:07 PM |
| 52 | New Orleans, LA | Sun. 3/8/2009 | AA | 720 | 8:45 AM | Non-Stop | 720ns | New York (LGA) | 3:35 PM |
| 53 | Jackson, MS | Sun. 3/8/2009 | Delta | 4281 | 9:20 AM | Atlanta (Hartsfield) | 840 | Newark, NJ | 2:42 PM |
| 54 | Shreveport, LA | Sun. 3/8/2009 | AA | 3818 | 9:45 AM | Dallas-Fort Worth Intl. | 558 | Newark, NJ | 4:05 PM |
| 55 | Alexandria, LA | Sun. 3/8/2009 | AA | 3206 | 10:50 AM | Dallas-Fort Worth Intl. | 1432 | Newark, NJ | 6:45 PM |
| 56 | Monroe, LA | Sun. 3/8/2009 | AA | 3228 | 10:55 AM | Dallas-Fort Worth Intl. | 1432 | Newark, NJ | 6:45 PM |
| 57 | New Orleans, LA | Sun. 3/8/2009 | Delta | 1694 | 11:30 AM | Atlanta (Hartsfield) | 916 | New York (LGA) | 5:09 PM |
| 58 | New Orleans, LA | Sun. 3/8/2009 | Delta | 1694 | 11:30 AM | Atlanta (Hartsfield) | 898 | Newark, NJ | 5:27 PM |
| 59 | New Orleans, LA | Sun. 3/8/2009 | Delta | 1694 | 11:30 AM | Atlanta (Hartsfield) | 918 | New York (LGA) | 6:11 PM |
| 60 | Monroe, LA | Sun. 3/8/2009 | NW | 3105 | 11:35 AM | Memphis | 632 | New York (LGA) | 5:44 PM |
| 61 | Shreveport, LA | Sun. 3/8/2009 | AA | 3492 | 11:35 AM | Dallas-Fort Worth Intl. | 732 | New York (LGA) | 5:50 PM |
| 62 | Shreveport, LA | Sun. 3/8/2009 | AA | 3492 | 11:35 AM | Dallas-Fort Worth Intl. | 1432 | Newark, NJ | 6:45 PM |
| 63 | Monroe, LA | Sun. 3/8/2009 | NW | 3105 | 11:35 AM | Memphis | 648 | Newark, NJ | 6:52 PM |
| 64 | Shreveport, LA | Sun. 3/8/2009 | NW | 5731 | 11:35 AM | Detroit | 648 | Newark, NJ | 6:52 PM |
| 65 | Alexandria, LA | Sun. 3/8/2009 | Delta | 4651 | 12:08 PM | Atlanta (Hartsfield) | 918 | New York (LGA) | 6:11 PM |
| 66 | Alexandria, LA | Sun. 3/8/2009 | Delta | 4651 | 12:08 PM | Atlanta (Hartsfield) | 920 | New York (LGA) | 7:13 PM |
| 67 | Alexandria, LA | Sun. 3/8/2009 | Delta | 4651 | 12:08 PM | Atlanta (Hartsfield) | 844 | Newark, NJ | 7:53 PM |
| 68 | Alexandria, LA | Sun. 3/8/2009 | Delta | 4651 | 12:08 PM | Atlanta (Hartsfield) | 846 | Newark, NJ | 8:59 PM |
| 69 | Monroe, LA | Sun. 3/8/2009 | Delta | 4510 | 12:25 PM | Atlanta (Hartsfield) | 918 | New York (LGA) | 6:11 PM |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 70 | Monroe, LA | Sun. 3/8/2009 | Continental | 9515 | 12:25 PM | Houston (IAH) | 62 | Newark, NJ | 7:10 PM |
| 71 | Monroe, LA | Sun. 3/8/2009 | Continental | 9515 | 12:25 PM | Houston (IAH) | 210 | Newark, NJ | 8:02 PM |
| 72 | Monroe, LA | Sun. 3/8/2009 | Delta | 4510 | 12:25 PM | Atlanta (Hartsfield) | 846 | Newark, NJ | 8:59 PM |
| 73 | Jackson, MS | Sun. 3/8/2009 | Delta | 4890 | 12:40 PM | Atlanta (Hartsfield) | 918 | New York (LGA) | 6:11 PM |
| 74 | Jackson, MS | Sun. 3/8/2009 | Delta | 4890 | 12:40 PM | Atlanta (Hartsfield) | 920 | New York (LGA) | 7:13 PM |
| 75 | New Orleans, LA | Sun. 3/8/2009 | Delta | 1519 | 1:20 PM | Atlanta (Hartsfield) | 920 | New York (LGA) | 7:13 PM |
| 76 | Shreveport, LA | Sun. 3/8/2009 | AA | 3268 | 2:29 PM | Dallas-Fort Worth Intl. | 878 | Newark, NJ | 9:00 PM |
| 77 | Jackson, MS | Sun. 3/8/2009 | Delta | 1701 | 2:46 PM | Atlanta (Hartsfield) | 924 | New York (LGA) | 9:14 PM |
| 78 | Jackson, MS | Sun. 3/8/2009 | Delta | 1701 | 2:46 PM | Atlanta (Hartsfield) | 926 | New York (LGA) | 10:08 PM |
| 79 | Alexandria, LA | Sun. 3/8/2009 | AA | 3210 | 3:10 PM | Dallas-Fort Worth Intl. | 560 | Newark, NJ | 11:20 PM |
| 80 | Shreveport, LA | Sun. 3/8/2009 | AA | 3452 | 3:15 PM | Dallas-Fort Worth Intl. | 560 | Newark, NJ | 11:00 PM |
| 81 | Shreveport, LA | Sun. 3/8/2009 | AA | 3452 | 3:15 PM | Dallas-Fort Worth Intl. | 1162 | Newark, NJ | 11:50 PM |
| 82 | Jackson, MS | Sun. 3/8/2009 | AA | 3846 | 3:55 PM | Dallas-Fort Worth Intl. | 766 | New York (LGA) | 11:30 PM |
| 83 | Shreveport, LA | Sun. 3/8/2009 | Delta | 4848 | 4:00 PM | Atlanta (Hartsfield) | 850 | Newark, NJ | 11:56 PM |
| 84 | Shreveport, LA | Sun. 3/8/2009 | AA | 5732 | 4:20 PM | Memphis | 634 | New York (LGA) | 9:58 PM |
| 85 | Shreveport, LA | Sun. 3/8/2009 | AA | 5732 | 4:20 PM | Memphis | 1899 | Newark, NJ | 10:20 PM |
| 86 | Alexandria, LA | Sun. 3/8/2009 | NW | 3018 | 4:25 PM | Memphis | 1899 | Newark, NJ | 10:20 PM |
| 87 | Monroe, LA | Sun. 3/8/2009 | NW | 3107 | 4:30 PM | Memphis | 634 | New York (LGA) | 9:58 PM |
| 88 | Monroe, LA | Sun. 3/8/2009 | NW | 3107 | 4:30 PM | Memphis | 1899 | Newark, NJ | 10:20 PM |
| 89 | Monroe, LA | Sun. 3/8/2009 | AA | 3324 | 4:43 PM | Dallas-Fort Worth Intl. | 1162 | Newark, NJ | 11:50 PM |
| 90 | Monroe, LA | Sun. 3/8/2009 | Delta | 4878 | 4:58 PM | Atlanta (Hartsfield) | 5071 | Newark, NJ | 10:46 PM |
| 91 | Monroe, LA | Sun. 3/8/2009 | Delta | 4878 | 4:58 PM | Atlanta (Hartsfield) | 850 | Newark, NJ | 11:56 PM |
| 92 | Shreveport, LA | Sun. 3/8/2009 | NW | 5829 | 5:00 PM | Detroit | 660 | Newark, NJ | 10:49 PM |
| 93 | Alexandria, LA | Sun. 3/8/2009 | Continental | 5701 | 5:05 PM | Houston (IAH) | 749 | New York (JFK) | 12:04 AM |
| 94 | Alexandria, LA | Sun. 3/8/2009 | Delta | 4335 | 5:05 PM | Atlanta (Hartsfield) | 850 | Newark, NJ | 11:56 PM |
| 95 | New Orleans, LA | Sun. 3/8/2009 | US Airways | 7981 | 5:23 PM | Washington D.C. (IAD) | 7510 | New York (JFK) | 11:14 PM |
| 96 | New Orleans, LA | Sun. 3/8/2009 | Delta | 1490 | 5:30 PM | Non-Stop | 1490ns | New York (LGA) | 9:30 PM |
| 97 | Shreveport, LA | Sun. 3/8/2009 | AA | 3640 | 5:40 PM | Dallas-Fort Worth Intl. | 1162 | Newark, NJ | 11:50 PM |
| 98 | Jackson, MS | Sun. 3/8/2009 | US Airways | 2386 | 5:48 PM | Charlotte | 2614 | Newark, NJ | 11:03 PM |
| 99 | New Orleans, LA | Sun. 3/8/2009 | United | 2611 | 6:20 PM | Charlotte | 2698 | New York (LGA) | 11:43 PM |