## On-Time Arrival Performance
### Nashville, TN: Nashville Metropolitan (June, 2003 - April, 2008)

|  | Number of Operations | % of Total Operations | Delayed Minutes | % of Total Delayed Minutes |
|---|---|---|---|---|
| **On Time** | 229,582 | 78.32% | N/A | N/A |
| **Air Carrier Delay** | 19,384 | 6.61% | 921,895 | 30.57% |
| **Weather Delay** | 2,482 | 0.85% | 178,696 | 5.93% |
| **National Aviation System Delay** | 14,072 | 4.80% | 542,375 | 17.98% |
| **Security Delay** | 253 | 0.09% | 7,795 | 0.26% |
| **Aircraft Arriving Late** | 23,366 | 7.97% | 1,365,144 | 45.26% |
| **Cancelled** | 3,605 | 1.23% | N/A | N/A |
| **Diverted** | 373 | 0.13% | N/A | N/A |
| **Total Operations** | 293,116 | 100.00% | 3,015,905 | 100.00% |

A flight is considered delayed when it arrived 15 or more minutes than the schedule (see definitions in Frequently Asked Questions). Delayed minutes are calculated for delayed flights only. Data presented summarizes arriving flights only.
When multiple causes are assigned to one delayed flight, each cause is prorated based on delayed minutes it is responsible for. The diplayed numbers are rounded and may not add up to the total.

SOURCE: Bureau of Transportation Statistics, Airline Service Quality Performance 234

**EXHIBIT F**

## On-Time Arrival Performance
### Nashville, TN: Nashville Metropolitan (June, 2003 - April, 2008)



- On Time – 78.32%
- Air Carrier Delay – 6.61%
- Weather Delay – 0.85%
- National Aviation System Delay – 4.80%
- Security Delay – 0.09%
- Aircraft Arriving Late – 7.97%
- Cancelled – 1.23%
- Diverted – 0.13%

d

A flight is considered delayed when it arrived 15 or more minutes than the schedule (see definitions in Frequently Asked Questions). Delayed minutes are calculated for delayed flights only. Data presented summarizes arriving flights only.
When multiple causes are assigned to one delayed flight, each cause is prorated based on delayed minutes it is responsible for. The diplayed numbers are rounded and may not add up to the total.

SOURCE: Bureau of Transportation Statistics, Airline Service Quality Performance 234