LAW OFFICES
# PAUL B. BERGMAN, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/08

RECEIVED
JUN 1 8 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

June 17, 2008

PAUL B. BERGMAN

BRIAN C. DANAHY

VIA FEDERAL EXPRESS

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:   United States v. Coplan, et al,
      (S-1) 07 Cr. 453 (SHS)

Dear Judge Stein:

Enclosed for Chambers is a courtesy copy of the defendant Vaughn's Reply Memorandum in Support of Defendant Vaughn's Omnibus Pretrial Motion. This defense reply is 27 pages in length and exceeds the 10-page limit set forth in Your Honor's local rule. I request, therefore, permission to file the Memorandum in excess of the page limitation. Also enclosed is a courtesy copy of the Reply Declaration of Peter H. Barrett, and the exhibits which are annexed to his declaration. Copies of these documents, with the exception of the in camera ex parte submission made today, have been served upon Government counsel and counsel for the Vaughn's co-defendants, through the ECF system and by mail.

We also request an opportunity to orally argue our motions on behalf of Mr. Vaughn, in the event that Your Honor decides to entertain oral argument in connection with the pretrial motions.

Thank you for your consideration of these requests.

Respectfully submitted,

Paul B. Bergman

SO ORDERED 6/18/08

SIDNEY H. STEIN
U.S.D.J.

Enclosures

cc:   Lauren Goldberg, Esq. (w/enclosures)
      All Counsel of Record (w/enclosures)