FILED U.S. DC
AUG 2 9 2008
S.D. OF N.Y.

Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

Southern _____ District of New York

UNITED STATES OF AMERICA
v.
ROBERT COPLAN,
MARTIN NISSENBAUM,
RICHARD SHAPIRO,
BRIAN VAUGHN,
DAVID SMITH, and
CHARLES BOLTON

Docket No.: (s-1) 07 Cr. 453 (SHS)

Hon. Sidney H. Stein
(District Court Judge)

Notice is hereby given that ____Brian Vaughn____ appeals to the United States Court of Appeals for the Second

Circuit from the judgment [ _____ ], other [ Order ] denying relief under 28 U.S.C. Sec.1406(a) & U.S. Const. art. III, sec. 2 & amend. VI.
(specify)

entered in this action on ____August 21, 2008____
(date)

Offense occurred after November 1, 1987    Yes [ ✓ ]    No [ __ ]

This appeal concerns: Conviction only [ __ ]    Sentence only [ __ ]    Conviction and Sentence [ __ ]    an order of the district court entered prior to judgment and/or sentencing

Date    August 29, 2008

TO    Hon. Michael J. Garcia
United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10004
Att: Lauren Goldberg, Esq.

ADD ADDITIONAL PAGE (IF NECESSARY)

Paul B. Bergman, Esq.
(Counsel for Appellant)

Address    Paul B. Bergman, P.C.

950 Third Avenue - 32nd Floor

New York, New York 10022

Telephone Number: (212) 355-7711 (see additional counsel next page)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|

▶ **QUESTIONNAIRE**

[ ✓ ] I am ordering a transcript
[ __ ] I am not ordering a transcript
Reason
[ __ ] Daily copy is available
[ __ ] U.S. Attorney has placed order
[ __ ] Other. Attach explanation

▶ **TRANSCRIPT ORDER**

Prepare transcript of
[ ✓ ] Prepare proceedings    August 21, 2008 Pretrial Conference
[ __ ] Trial _____
[ __ ] Sentencing _____
[ __ ] Post-trial proceedings _____

▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE)

Dates

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ ✓ ] Funds [ ✓ ]    CJA Form 24 [ __ ]

ATTORNEY'S SIGNATURE _____    DATE August 29, 2008

▶ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05